Court
Copy

FILED 26 JUL '17 10:39 USDC-ORP

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com

1   In the District Court of the United States of America
2   Original Jurisdiction, Original Venue, Original Law Form
3   Private and Public Side in Plenary Equity
4
5   Case #
6
7   Under, and out of, the authority of absolute necessity.
8

**'17 -MC-323**

9   Ronald Charles Vrooman a Real-man Living Soul in fact, Secured Party in fact, Real-Party-in-Interest in
10  fact, Holder-in-Due-Course in fact, Grantor in fact, Bailor in fact, Administrator in fact, Creditor in fact,
11  Custodian in fact, Executor in fact, Beneficiary in fact, Heir of the Creator in fact
12  Qui tam pro domino rege quam pro se ipso in hac parte sequitur
13  V
14  All listed as defendants, in this my Habeas Corpus for conviction in UC 7945181named John Mercer, Erin
15  Kirkwood, Frank Revelo and incarceration Pat Garret sheriff, others to be named later as needed,
16  .aka/dba the city of is a subdivision of, the county of is a subdivision of, the state of is a subdivision of
17  THE UNITED STATES OF AMERICA aka/dba UNITED STATES aka/dba UNKNOWN, foreign entity, trustee,
18  any and all derivatives, appellations, identifiers, numbers and their combinations, letters and their
19  combinations, abbreviations, idem sonans and/or all other legal, financial and managerial forms and
20  formats of any nature, shape, cause and kind, and any and all variations and combinations thereof, any
21  and all corporate, military, commercial, civil, political, social, ecclesiastical and other entities of any
22  nature, shape, cause, kind, form and format, and any and all variations and combinations thereof, any
23  and all creations and liabilities by, of, through and from of any nature, shape, cause, kind, form and
24  format, and any and all variations and combinations thereof, any and all political subdivisions and
25  instrumentalities of any nature, shape, cause kind, form and format, and any and all variations and
26  combinations thereof, any and all capacities, characters, conditions, status, standings, jurisdictions,
27  venues and law forms of any nature, shape, cause, kind, form and format, and any and all variations and
28  combinations thereof, any and all agents, assigns, successors, principals, beneficiaries, employees,
29  officers, contractors, franchisees, licensees, members, et cetera, of any nature, shape, cause, kind, form
30  and format, and any and all variations and combinations thereof, any and all trusts, structures,
31  hierarchies, systems, networks, regimes and any and all other limits and constructs of any nature, shape,
32  cause, kind, form and format, and any and all variations and combinations thereof, any and all of the
33  aforementioned both known and unknown, any and all of the aforementioned both perceived and
34  unperceived, and any and all variations and combinations of the aforementioned, without limitation,
35  private for profit entities providing quasi-governmental and other goods and services purporting to be
36  lawful government, also referred to as defendants.
37  with out the state of oregon    with out the county of Washington
38  under penalty of perjury
39
40  signed & sworn before me    Ronald Charles Vrooman 7/21/17
41
42   7/24/17    on oregon within the
43  Notary Public    United States of America
44

certified copy

7/26/17



OFFICIAL SEAL
**TALA ARETA JONES**
NOTARY PUBLIC - OREGON
COMMISSION NO. 939009
MY COMMISSION EXPIRES JUNE 2, 2019

Page **1** of **1**

#73722

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com

| | |
|---|---|
| 1 | **Declaratory Judgment(s)** |
| 2 | Under, and out of, the authority of absolute necessity. |
| 3 | |
| 4 | Notice to agent is Notice to principal, Notice to principal is Notice to agent, and notice to the agencies |
| 5 | and agents, city of is a subdivision of, county is a subdivision of, state is a subdivision of US inc. in any |
| 6 | form. |
| 7 | |
| 8 | |
| 9 | I, Ronald Charles Vrooman, being of plenary capacity, character, condition, standing, status and |
| 10 | responsibility, sui juris, under full liability and complete transparency, do by these Presents, Aver, |
| 11 | Affirm, Declare, Notice, Proclaim and Publish the following, to wit: |
| 12 | |
| 13 | I, Ronald Charles Vrooman, deny that the defendant(s) possess document(s), paper(s), digital data, |
| 14 | tangible medium(s) and/or other tangible item(s), in the care, custody and control thereof, and further |
| 15 | deny that any and all exist at all, which would demonstrate and prove Ronald Charles Vrooman, a real- |
| 16 | man Living Soul, Ronald Charles Vrooman, and all derivatives and letter combinations thereof, a cestui |
| 17 | que vie trust, trust(s),estate(s) and/or other are knowing, willingly, intentional and intelligent party(ies) |
| 18 | and/or signatory(ies) to any social, public, civil, quasi-public, political, private, commercial, ecclesiastical, |
| 19 | military, universal and/or other compact, agreement, covenant, contract, et cetera, and any and all |
| 20 | combinations and variations of the aforementioned, which can be demonstrated to operate to confer |
| 21 | any actual and factual controlling, insurable, lawful, legal, private, public, quasi-public, equitable, |
| 22 | political, commercial, social, civil, corporate, international, universal, quantum, spiritual, administrative, |
| 23 | Talmudic, Babylonian, ecclesiastical, military, beneficial, admiralty/maritime, statutory, pecuriniary, |
| 24 | managerial, regulatory and/or any and all other interest, share, title, authority, relationship, jurisdiction, |
| 25 | venue, et cetera, of any nature, shape, cause, kind, form and format, and any and all variations and |
| 26 | combinations of the aforementioned, without limitation, in and/or over my physical, spirit and/or soul |
| 27 | being(s) and representation(s) thereof, of any nature, kind, cause, shape, form and format, and any and |
| 28 | all variations and combinations thereof, without limitation, my cestui que vie trust, estate, any and all |
| 29 | other trusts and constructs, and any and all sub and/or constructive trusts and constructs thereof, any |
| 30 | and all thereto, therefrom, therewith and thereof Ronald Charles Vrooman, without limitation, any and |
| 31 | all property and assets of any nature, kind, and form, and my share, as Heir of the Creator, of the |
| 32 | Creator's Creation, without limitation, in any nature, way, cause and/or kind to the benefit of the |
| 33 | defaulted and dishonored defendant(s). |
| 34 | |
| 35 | |
| 36 | **Remedy / Relief** |
| 37 | |
| 38 | Declaratory Judgment)s) consisting of the following facts and truths, published  to wit: |
| 39 | |
| 40 | The defendant(s) possess absolutely no document(s), paper(s), digital data, tangible medium(s), and/or |
| 41 | tangible item(s), nor did any ever exist, which demonstrate and prove that Ronald Charles Vrooman a |
| 42 | real-man Living Soul,  Ronald Charles Vrooman, a cestui que vie trust, estate and/or other, were/are |
| 43 | willing, knowing, intelligent and intentional party(ies) and/or signatory(ies) to any social, public, private, |
| 44 | commercial, ecclesiastical, military, universal and/or other compact, agreement, covenant, contract, et |
| 45 | cetera, any and all combinations and variations of the aforementioned, which can be demonstrated to |
| 46 | operate to confer any actual and factual controlling, insurable, lawful, legal, private, public, quasi-public, |
| 47 | equitable, political, commercial, social, civil, corporate, international, universal, quantum, spiritual, |

48   administrative, Talmudic, Babylonian, ecclesiastical, military, beneficial, admiralty/maritime, statutory,
49   pecuniary, managerial, regulatory and/or any and all other interest, share, title, authority, relationship,
50   jurisdiction, venue, et cetera, of any nature, shape, cause, kind, form and format, and any and all
51   possible variations and combinations of all of the aforementioned, without limitation, in and/or over my
52   physical, spirit and soul being(s) and representation(s) thereof, of any nature, shape, cause, kind, form
53   and format, and any and all variations and combinations thereof, without limitations, my cestui que vie
54   trust, estate, any and all other trusts and constructs, and any and all sub and/or constructive trusts and
55   constructs thereof, any and all thereto, therefrom, therewith and thereof Ronald Charles Vrooman,
56   without limitation, any and all property and assets of any nature, kind, and form, and my share, as Heir
57   of the Creator, of the Creator's Creation, without limitation, in any way, nature, cause, kind, shape, form
58   and format to the benefit of the defaulted and dishonored defendants.
59
60   Further, being as such, none of the defendants have, possess nor can exercise and/or utilize authority
61   and/or jurisdiction, et cetera, of any nature, cause, kind, form and format, and any and all variations and
62   combinations thereof, without limitation, over and/or against the real-man Living Soul Ronald Charles
63   Vrooman at any place and at any time within the Creator's Creation, ab nitio, nunc pro tunc, in
64   perpetuity.
65
66   Ronald Charles Vrooman has never knowingly, willingly, intelligently and intentionally possessed, nor
67   acquired, representation and/or membership of any nature, kind, form and format within the fictions of
68   law, creatures of the mind former THE UNITED STATES OF AMERICA private corporate, commercial,
69   military, processes, systems, networks and any and all other limits and constructs, and any and all
70   variations and combinations thereof, without limitation.
71
72   Whereas, Long time and use, which exceeds the memory of man, suffices in law, and A custom of the
73   trust antiquity is to be retained, and the Law of God and the law of the land are all one, and custom is
74   law, and on the soil of earth and what some call the United States of America, Christianity is, and has
75   been, custom; Therefore, the Laws of the Creator are thereby the laws of the land; Further, for the real-
76   men Living Souls who claim the Creator's Law, Jurisdiction, Venue and Law Form, they are hereby
77   declared to be Superior Laws , Venue, Jurisdiction and Superior Law Form to all others imagined, created
78   and implemented on earth and throughout His Creation; Furthermore, Field McConnell, real-man Living
79   Soul Heir of the Creator, does hereby accept, claim and continue the Creator's Laws, Jurisdiction, Venue
80   and Law Form, and the same is hereby recognized by the defendants, ab initio, nunc pro tunc, in
81   perpetuity, without recourse, without prejudice.
82
83   Whereas, ALL law is contract, all contract is law; Therefore to move in any way, cause, shape, form and
84   format against, or require of or from, Ronald Charles Vrooman, requires a lawful contract or agreement
85   in hand or a real-man Living Soul injured party making a lawful claim and/or complaint, under Oath,
86   penalties of false witness and full liability, ab initio, nunc pro tunc, in perpetuity, without recourse,
87   without prejudice.
88
89   - In all instances of the use of the letter combinations "former THE UNITED STATES OF AMERICA" it shall
90   mean the following, to wit: United States of America aka/dba THE UNITED STATES OF AMERICA aka/dba
91   UNITED STATES aka/dba United States aka/dba UNKNOWN, foreign entity, trustee, any and all
92   derivatives, appellations, identifiers, numbers and their combinations, letters and their combinations,
93   abbreviations, idem sonans and/or all other legal, financial and managerial forms and formats of any
94   nature, shape, cause and kind, and any and all variations and combinations thereof, any and all

95    corporate, military, commercial, civil, political, social, ecclesiastical and other entities of any nature,
96    shape, cause, kind, form and format, and any and all variations and combinations thereof, any and all
97    creations and liabilities by, of, through and from of any nature, shape, cause, kind, form and format, and
98    any and all variations and combinations thereof, any and all political subdivisions and instrumentalities
99    of any nature, shape, cause kind, form and format, and any and all variations and combinations thereof,
100   any and all capacities, characters, conditions, status, standings, jurisdictions, venues and law forms of
101   any nature, shape, cause, kind, form and format, and any and all variations and combinations thereof,
102   any and all agents, assigns, successors, principals, beneficiaries, employees, officers, contractors,
103   franchisees, licensees, members, et cetera, of any nature, shape, cause, kind, form and format, and any
104   and all variations and combinations thereof, any and all trusts, structures, hierarchies, systems,
105   networks, regimes and any and all other limits and constructs of any nature, shape, cause, kind, form
106   and format, and any and all variations and combinations thereof, any and all of the aforementioned
107   both known and unknown, any and all of the aforementioned both perceived and unperceived, and any
108   and all variations and combinations of the aforementioned, without limitation, private for profit entities
109   providing quasi-governmental and other goods and services purporting to be lawful government, also
110   referred to as defendant.
111
112
113   I reserve the right to amend, enhance and/or delete from this document and tangible medium at
114   anytime, by explicit reservation. I do lawful not legal and this is my best effort.
115
116   Any omission is not a waiver thereof.
117
118   A copy, facsimile and digital scan are lawfully declared to be, and has the same force, affect and effect
119   as, the Original.
120
121   I reserve the right to define all words and letter combinations contained herein;  and further, reserve
122   the right to interpret and construct the intent thereof, with plenary finality, by explicit reservation.
123
124   I, Ronald Charles Vrooman, do hereby knowingly, willingly, intelligently and intentionally declare and
125   affirm that the foregoing is true, accurate and complete, the truth, whole truth and nothing but the
126   truth, to the best of my knowledge and ability, so help me Creator.
127
128   I, Ronald Charles Vrooman, do hereby knowingly, willingly, intelligently and intentionally Affirm, Swear,
129   Declare, Proclaim and Publish that this document and tangible medium is hereby absolutely and duly
130   affirmed, authorized, declared, stated, made, issued, certified, confirmed, ratified, verified, executed,
131   noticed, re-affirmed, re-authorized, re-declared, re-stated, re-issued, re-certified, re-confirmed, re-
132   ratified, re-verified and re-noticed, absolutely and duly perfected, protected and secured in their
133   entirety for all of Creation to rely upon, without limitation, in perpetuity, without recourse, without
134   prejudice, under the penalties of false witness, to the best of my knowledge and ability, governed by,
135   and under, the Laws of the Creator, under the Laws of Creation.
136
137   Hereunto I have set my Hand and knowingly, willingly, intelligently and intentionally caused my
138   autograph to become affixed hereto.
139   Heir of the Creator, Real-man Living Soul, Secured Party, Holder-in-Due-Course, Real-Party-in-Interest,
140   Grantor, Bailor, Administrator, Creditor, Custodian, Beneficiary; All rights, privileges, freedoms and

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com

141    immunities are hereby claimed, reserved and exercised, without limitation, without prejudice, without
142    recourse.
143    *without the state of Oregon without the County of Washington*
144
145    *Under penalty of Perjury*
146    *Signed and sworn before me*
147    

*7b4117*

*Notary Public*

*Ronald Charles Vrooman*
*an Oregon within the*
*United States of America*

OFFICIAL SEAL
**TALA ARETA JONES**
NOTARY PUBLIC - OREGON
COMMISSION NO. 939009
MY COMMISSION EXPIRES JUNE 2, 2019

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com

1           **Reservation**
2     Notice to agent is Notice to principal, Notice to principal is Notice to agent;
3
4     Any and all documents, papers, writings, digital data, tangible mediums and tangible items made and
5     executed  by Ronald Charles Vrooman are hereby restated in their entirety, and incorporated herein, as
6     if set forth in full as an integral part of these matters and Creation Wide Public Record for all of Creation
7     to rely upon;
8
9      Any and all documents, papers, writings, digital data, tangible mediums and tangible items filed and/or
10    submitted into case # UC 7945181 Beaverton Municipal Court are hereby restated in their entirety, and
11    incorporated herein, as if set forth in full as an integral part of these matters and Creation-Wide Public
12    record for all of Creation to rely upon;
13
14    Any and all digital data discs and/or other tangible mediums and items, whether filed now or in the
15    future, are hereby restated in their entirety, and incorporated herein, as if set forth in full as an integral
16    part of these matters and Creation-Wide Public Record for all of Creation to rely upon;
17
18    Mandatory Notice and Cognizance is hereby restated in its entirety, and incorporated herein, as if set
19    forth in full as an integral part of these matters and Creation-Wide Public Record for all Creation to rely
20    upon;
21
22    Notice and Declaration of Acceptance, Acknowledgement, Claim and Continuance is hereby restated in
23    its entirety, and incorporated herein, as set forth in full as an integral part of these matters and
24    Creation-Wide Public Record for all of Creation to rely upon;
25
26    Notice and Declaration of Cancellation and Revocation is hereby restated in its entirety, and
27    incorporated herein, as set forth in full as an integral part of these matters and Creation-Wide Public
28    Record for all of Creation to rely upon;
29
30    Declaration, Notice and Will and Word of Truth, Facts and Negative Averment is hereby restated in its
31    entirety, and incorporated herein, as set forth in full as an integral part of these matters and Creation-
32    Wide Public Record for all of Creation to rely upon;
33
34    Will and Word of the Creator also known as Holy Bible, and any and all versions and/or translations
35    thereof, are hereby restated in their entirety, and incorporated herein, as set forth in full as an integral
36    part of these matters and Creation-Wide Public Record for all of Creation to rely upon;
37
38    Authorities, enclosed herein, are hereby restated in its entirety, and incorporated herein, as set forth in
39    full as an integral part of these matters and Creation-Wide Public Record for all of Creation to rely upon;
40
41    I, Ronald Charles Vrooman, do hereby give present, past and future notice of corrections of any manual
42    and/or automated filing systems and procedures which alter, or attempt to alter, unlawfully or not, my
43    real-man Living Soul Heir and Beneficiary capacities, conditions, characters, status, standings and/or my
44    Lawful Jurisdiction, Venue and Law Form, without limitation, ab initio, nunc pro tunc, in perpetuity,
45    without recourse, without prejudice;
46

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com

47  I, Ronald Charles Vrooman, do hereby give present, past and future notifications of corrections of any
48  manual and/or automated filing systems and procedures which alter, or attempt to alter, unlawfully or
49  not, the defendants and/or their status, standings, capacities, characters, conditions in any way, shape,
50  form and/or facet, without limitation, ab initio, nunc pro tunc, in perpetuity, without recourse;
51
52  - In all instances of the use of the letter combinations "former THE UNITED STATES OF AMERICA" it shall
53  mean the following, to wit: United States of America aka/dba THE UNITED STATES OF AMERICA aka/dba
54  UNITED STATES aka/dba United States aka/dba UNKNOWN, foreign entity, trustee, any and all
55  derivatives, appellations, identifiers, numbers and their combinations, letters and their combinations,
56  abbreviations, idem sonans and/or all other legal, financial and managerial forms and formats of any
57  nature, shape, cause and kind, and any and all variations and combinations thereof, any and all
58  corporate, military, commercial, civil, political, social, ecclesiastical and other entities of any nature,
59  shape, cause, kind, form and format, and any and all variations and combinations thereof, any and all
60  creations and liabilities by, of, through and from of any nature, shape, cause, kind, form and format, and
61  any and all variations and combinations thereof, any and all political subdivisions and instrumentalities
62  of any nature, shape, cause kind, form and format, and any and all variations and combinations thereof,
63  any and all capacities, characters, conditions, status, standings, jurisdictions, venues and law forms of
64  any nature, shape, cause, kind, form and format, and any and all variations and combinations thereof,
65  any and all agents, assigns, successors, principals, beneficiaries, employees, officers, contractors,
66  franchisees, licensees, members of any nature, shape, cause, kind, form and format, and any and all
67  variations and combinations thereof, any and all trusts, structures, hierarchies, systems, networks,
68  regimes and any and all other limits and constructs of any nature, shape, cause, kind, form and format,
69  and any and all variations and combinations thereof, any and all of the aforementioned both known and
70  unknown, any and all of the aforementioned both perceived and unperceived, and any and all variations
71  and combinations of the aforementioned, without limitation, private for profit entities providing quasi-
72  governmental and other goods and services purporting to be lawful government, also referred to as
73  defendant.
74
75
76  Any omission is not a waiver thereof.
77
78  A copy, facsimile and digital scan are lawfully declared to be, and has the same force, affect and effect
79  as, the Original.
80
81  Ronald Charles Vrooman is not a guarantor, acceptor, accommodating party, debtor, surety or any other
82  term of art describing, demonstrating and/or utilized to mean the same, to and/or for anything
83  Creation-Wide, by the explicit notice.
84
85  i reserve the right to amend, enhance and/or delete from this document and writing at any time and any
86  place the need arises, by explicit reservation.
87
88  I reserve the right to define all words and letter combinations contained herein; and further, reserve the
89  right to interpret and construct the intent thereof, will full finality, by explicit reservation.
90

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com

91    I, Ronald Charles Vrooman, do hereby knowingly, willingly, intelligently and intentionally declare and
92    affirm that the foregoing is true, accurate and complete, the truth, whole truth and nothing but the
93    truth, to the best of my knowledge and ability, so help me Creator.
94
95    I, Ronald Charles Vrooman, under full liability and complete transparency, do hereby knowingly,
96    willingly, intelligently and intentionally Affirm, Declare, Proclaim and Publish that this set of documents
97    and tangible mediums are hereby absolutely and duly affirmed, authorized, declared, stated, made,
98    issued, certified, confirmed, ratified, verified, executed, noticed, re-affirmed, re-authorized, re-declared,
99    re-stated, re-issued, re-certified, re-confirmed, re-ratified, re-verified and re-noticed, absolutely and
100   duly perfected, protected and secured in their entirety for all of Creation to rely upon, without
101   limitation, in perpetuity, without recourse, without prejudice, under the penalties of false witness, to
102   the best of my knowledge and ability, governed by, and under, the Laws of the Creator, under the Laws
103   of Creation.
104
105   Hereunto I have set my Hand and knowingly, willingly, intelligently and intentionally caused my
106   autograph to become affixed hereto.
107
108   Heir of the Creator, Real-man Living Soul, Secured Party, Holder-in-Due-Course, Real-Party-in-Interest,
109   Grantor, Bailor, Administrator, Creditor, Custodian, Beneficiary; All rights, privileges, freedoms and
110   immunities are hereby claimed, reserved and exercised, without limitation, without prejudice, without
111   recourse.
112   _within the state of Oregon with out the county of Washington_
113
114   _under penalty of perjury_
115   _signed & sworn Before me_
116
117   _7/24/17_

_Notary Public_

_7/24/17_

_Ronald charles Vrooman_
_on Oregon within the_
_United States of America_

OFFICIAL SEAL
**TALA ARETA JONES**
NOTARY PUBLIC - OREGON
COMMISSION NO. 939009
MY COMMISSION EXPIRES JUNE 2, 2019

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com

1    **Notice and Declaration of Acceptance, Acknowledgement, Claim and Continuance**
2
3    Under, and out of, the authority of absolute necessity.
4
5    Notice to agent is Notice to principal, Notice to principal is Notice to agent.
6    Everyone is the manager and dispenser of his own affairs.
7    Many things pertain not to human laws but to divine jurisdiction.
8    In whatever manner a thing is constituted, in the same manner it is dissolved.
9    Plain truth need not be proved.
10   Words spoken vanish, words written remain.
11   The law favors a thing which is of necessity.
12   The voice of the people is the voice of God.
13
14   By these Presents, I, Ronald Charles Vrooman, sui juris, being of plenary, capacity, character, condition,
15   status, standing and responsibility, Beneficiary in fact, Heir of the Creator , under full liability and
16   complete transparency, under the penalty of false witness, under the laws of the Creator, under the
17   laws of Creation, do hereby Declare, Proclaim and Publish the following, to wit:
18
19   Whereas, I, Ronald Charles Vrooman, am an Heir of the Almighty Creator of all that was, all that is and
20   all that shall be.
21
22   Whereas, I, Ronald Charles Vrooman, as an Heir am entitled to my legal, lawful, equitable, spiritual and
23   any and all other right, interest, title and share of Creation.
24
25   Therefore, I, Ronald Charles Vrooman do hereby knowingly, willingly, intelligently and intentionally
26   Declare and Notice my claim, acceptance and acknowledgment of any and all which the Creator has
27   bestowed upon myself at the moment of my live Birth on Soil, and thereafter, of His Creation, at any and
28   all places and any and all times for my exclusive use, disposition, benefit and enjoyment, nunc pro tunc,
29   ab initio, in perpetuity, without recourse, without prejudice.
30
31   I,Ronadl Charles Vrooman, do hereby knowingly, willingly, intelligently and intentionally Declare and
32   Notice my claim, acceptance, acknowledgement and continuance of the plenary, complete and exclusive
33   legal, lawful, equitable, spiritual, universal, quantum and any and all other title, share, interest, right,
34   immunity, ownership, control, et cetera, in any and all natures, shapes, causes, kinds, forms and
35   formats, and any and all variations and combinations thereof, of and in Creation, without limitation, and
36   will preserve, dispose and protect the same diligently and honorably, for my exclusive use, disposition,
37   benefit and enjoyment, nunc pro tunc, ab initio, in perpetuity, without recourse, without prejudice.
38
39   I, Ronald Charles Vrooman, do hereby knowingly, willingly, intelligently and intentionally Declare and
40   Notice my claim, acceptance, acknowledgment of what was formally referred to as "full rights, title,
41   ownership, control and holder-in-due-course" to any and all fictions of law and/or creatures of the mind
42   relating to, pertaining to, relevant to and/or emanating from myself and mine, referenced by various
43   identifiers, abbreviations, numbers and their combinations, letters and their combinations, derivatives,
44   idem sonans, res identifier or any equivalent of the aforementioned and/or any other legal, financial and
45   managerial form and formats of any nature, shape, cause and kind, and any and all combinations and
46   variations thereof, most commonly referred to as Ronald Charles Vrooman and/or 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 and in
47   any way, shape, form and format realized, effectuated and utilized in the course of life in Creation, all

Page **1** of **2**

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com

48  for my exclusive use, benefit and enjoyment, nunc pro tunc, ab initio, in perpetuity, without recourse,
49  without prejudice.
50
51  I, Ronald Charles Vrooman, do hereby knowingly, willingly, intelligently and intentionally Declare and
52  Notice my claim, acceptance, acknowledgement, continuing, effectuating and utilizing the
53  Administrator, and other necessary, Status, Conditions, Characters, Capacities and Standings, and the
54  duties, responsibilities, authorities, rights, privileges and immunities thereof, diligently and honorably,
55  to the best of my knowledge and ability, at all places and all times within Creation, for my exclusive
56  benefit and enjoyment, nunc pro tunc, ab initio, in perpetuity, without recourse, without prejudice.
57
58  I, Ronald Charles Vrooman do hereby knowingly, willingly, intelligently and intentionally Declare and
59  Notice that when acting in the capacities, conditions, characters, status and/or standings of
60  Administrator, and other necessary positions, I am held personally harmless, never personally liable for
61  the aforementioned at any place and any time within Creation, nunc pro tunc, ab initio, in perpetuity,
62  without recourse, without prejudice.
63
64  I reserve the right to amend, enhance and/or delete from this document and tangible medium at
65  anytime, by explicit reservation.
66
67  Any omission is not a waiver thereof.
68
69  A copy, facsimile and digital scan are lawfully declared to be, and has the same force, affect and effect
70  as, the Original.
71
72  I reserve the right to define all words and letter combinations contained herein; and further, reserve the
73  right to interpret and construct the intent thereof, with plenary finality, by explicit reservation.
74
75  I, Ronald Charles Vrooman, do hereby knowingly, willingly, intelligently and intentionally declare and
76  affirm that the foregoing is true, accurate and complete, the truth, whole truth and nothing but the
77  truth, to the best of my knowledge and ability, so help me Creator.
78
79  I, Ronald Charles Vrooman, do hereby knowingly, willingly, intelligently and intentionally Affirm, Declare,
80  Proclaim and Publish that this document and tangible medium is hereby absolutely and duly affirmed,
81  authorized, declared, stated, made, issued, certified, confirmed, ratified, verified, executed, noticed, re-
82  affirmed, re-authorized, re-declared, re-stated, re-issued, re-certified, re-confirmed, re-ratified, re-
83  verified and re-noticed, absolutely and duly perfected, protected and secured in their entirety for all of
84  Creation to rely upon, without limitation, in perpetuity, without recourse, without prejudice, under the
85  penalties of false witness, to the best of my knowledge and ability, governed by, and under, the Laws of
86  the Creator, under the Laws of Creation.
87
88  Hereunto I have set my Hand and knowingly, willingly, intelligently and intentionally caused my
89  autograph to become affixed hereto.
90  Heir of the Creator, Real-man Living Soul, Secured Party, Holder-in-Due-Course, Real-Party-in-Interest,
91  Grantor, Bailor, Administrator, Creditor, Custodian, Beneficiary; All rights, privileges, freedoms and
92  immunities are hereby claimed, reserved and exercised, without limitation, without prejudice, without
93  recourse. *without the state at oregon without the county of washington*

*under penalty of perjury*
*signed & swore before me*

7/24/17

*Page 2 of 2*

OFFICIAL SEAL
TALA ARETA JONES
NOTARY PUBLIC - OREGON
COMMISSION NO. 939009
MY COMMISSION EXPIRES JUNE 2, 2019

*Ronald Charles Vrooman*
*an oregon within the United*
*State at America*

7/24/17

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com

1       **Notice and Declaration of Cancellation and Revocation**
2       Under, and out of, the authority of absolute necessity.
3
4       Notice to agent is Notice to principal, Notice to principal is Notice to agent.
5
6
7       By these Presents, under full liability and complete transparency, sui juris, under the Laws of the Creator
8       and the Laws of Creation, out of, and under, the authority of absolute necessity, being of plenary
9       capacity, character, condition, standing, status and responsibility, I, Ronald Charles Vrooman, do Notice,
10      Declare, Aver, Affirm, Proclaim and Publish the following to wit:
11
12      That for fraud, non-disclosure of pertinent facts, lack of authority of the other signatory/party, no
13      meeting of the minds, duress, coercion, threats, lack of consideration and failure to provide the
14      following, to wit: personal identification, employee id number, valid bond and insurance, valid oath,
15      accommodation agreement authorizing them to present and represent the former UNITED STATES OF
16      AMERICA, productions] of the statute, implementing regulation, state and federal register volume and
17      page number stating I must comply without my consent and authorizes jurisdiction over a real-man
18      Living Soul, identifying their principal of law, I do hereby Declare, Notice, Proclaim and Publish that any
19      and all document(s), paper(s), agreement(s), contract(s), tangible medium(s) and/or tangible item(s) of
20      any nature, shape, cause, kind, form and format, and any and all variations and combinations  thereof,
21      by and between Field McConnell and the former UNITED STATES OF AMERICA are for the
22      aforementioned causes, CANCELLED, EXTINGUISHED, VOIDED and DISCHARGED, without dishonor,
23      without limitation, ab initio, nunc pro tunc, in perpetuity, Creation-Wide, without recourse, without
24      prejudice.
25
26      Further, I, Ronald Charles Vrooman, for the aforementioned causes, do hereby RESCIND, REVOKE,
27      CANCEL, VOID and ANNUL my signature(s) and/or autograph(s) from any and all document(s), paper(s),
28      agreement(s), contract(s), tangible medium(s) and/or tangible item(s) of any nature, shape, cause, kind,
29      form and format, and any and all variations and combinations thereof, by and/or between Ronald
30      Charles Vrooman and former THE UNITED STATES OF AMERICA, without dishonor, without limitation, ab
31      inito, nunc pro tunc, in perpetuity, without recourse, without prejudice, Creation-Wide.
32
33      - In all instances of the use of the letter combinations "former THE UNITED STATES OF AMERICA" it shall
34      mean the following, to wit: United States of America aka/dba THE UNITED STATES OF AMERICA aka/dba
35      UNITED STATES aka/dba United States aka/dba UNKNOWN, foreign entity, trustee, any and all
36      derivatives, appellations, identifiers, numbers and their combinations, letters and their combinations,
37      abbreviations, idem sonans and/or all other legal, financial and managerial forms and formats of any
38      nature, shape, cause and kind, and any and all variations and combinations thereof, any and all
39      corporate, military, commercial, civil, political, social, ecclesiastical and other entities of any nature,
40      shape, cause, kind, form and format, and any and all variations and combinations thereof, any and all
41      creations and liabilities by, of, through and from of any nature, shape, cause, kind, form and format, and
42      any and all variations and combinations thereof, any and all political subdivisions and instrumentalities
43      of any nature, shape, cause kind, form and format, and any and all variations and combinations thereof,
44      any and all capacities, characters, conditions, status, standings, jurisdictions, venues and law forms of
45      any nature, shape, cause, kind, form and format, and any and all variations and combinations thereof,
46      any and all agents, assigns, successors, principals, beneficiaries, employees, officers, contractors,
47      franchisees, licensees, members, et cetera, of any nature, shape, cause, kind, form and format, and any

Page **1** of $\cancel{3}$ ⊅

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com

48 and all variations and combinations thereof, any and all trusts, structures, hierarchies, systems,
49 networks, regimes and any and all other limits and constructs of any nature, shape, cause, kind, form
50 and format, and any and all variations and combinations thereof, any and all of the aforementioned
51 both known and unknown, any and all of the aforementioned both perceived and unperceived, and any
52 and all variations and combinations of the aforementioned, without limitation, private for profit entities
53 providing quasi-governmental and other goods and services purporting to be lawful government, also
54 referred to as defendant.
55
56 I reserve the right to amend, enhance and/or delete from this document and tangible medium at
57 anytime, by explicit reservation.
58
59 Any omission is not a waiver thereof.
60
61 A copy, facsimile and digital scan are lawfully declared to be, and has the same force, affect and effect
62 as, the Original.
63
64 I reserve the right to define all words and letter combinations contained herein; and further, reserve the
65 right to interpret and construct the intent thereof, with plenary finality, by explicit reservation.
66
67 I, Ronald Charles Vrooman, do hereby knowingly, willingly, intelligently and intentionally declare and
68 affirm that the foregoing is true, accurate and complete, the truth, whole truth and nothing but the
69 truth, to the best of my knowledge and ability, so help me Creator.
70
71 I,Ronald Charles vrooman, do hereby knowingly, willingly, intelligently and intentionally Affirm, Declare,
72 Proclaim and Publish that this document and tangible medium is hereby absolutely and duly affirmed,
73 authorized, declared, stated, made, issued, certified, confirmed, ratified, verified, executed, noticed, re-
74 affirmed, re-authorized, re-declared, re-stated, re-issued, re-certified, re-confirmed, re-ratified, re-
75 verified and re-noticed, absolutely and duly perfected, protected and secured in their entirety for all of
76 Creation to rely upon, without limitation, in perpetuity, without recourse, without prejudice, under the
77 penalties of false witness, to the best of my knowledge and ability, governed by, and under, the Laws of
78 the Creator, under the Laws of Creation.
79
80 Hereunto I have set my Hand and knowingly, willingly, intelligently and intentionally caused my
81 autograph to become affixed hereto.
82
83 Heir of the Creator, Real-man Living Soul, Secured Party, Holder-in-Due-Course, Real-Party-in-Interest,
84 Grantor, Bailor, Administrator, Creditor, Custodian, Beneficiary; All rights, privileges, freedoms and
85 immunities are hereby claimed, reserved and exercised, without limitation, without prejudice, without
86 recourse.
87 *without The State of Oregon without the County of WAshington*
88 *under penalty of PERJURY*
89 *signed and sworn Before me*
90 _____ 7/24/17
91 _____
92         Notary Public                    *Ronald Charles Vrooman*
93                                          *an Oregon within the*
94                                          *United States of America*

OFFICIAL SEAL
TALA ARETA JONES
NOTARY PUBLIC - OREGON
COMMISSION NO. 939009
MY COMMISSION EXPIRES JUNE 2, 2019

Page 2 of 32



Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com

1      **Bill of Discovery**
2
3      Under, and out of, the authority of absolute necessity.
4
5      Notice to agent is Notice to principal, Notice to principal is Notice to agent.
6
7      I, Ronald Charles Vrooman, am the Real-Party-in-Interest, Holder-in-Due-Course, Secured Party, Grantor,
8      Bailor, Administrator, Creditor, Custodian and Beneficiary to, and for, all alleged political and other
9      power(s) administered by legitimate and lawful governments constructed and effectuated by real-men
10     Living Souls including, but not limited to, service and goods providers in the nature of government,
11     trusts, systems, networks, regimes, hierarchies, and any and all other limits and constructs of any
12     nature, kind and construction, and any and all variations and combinations thereof. I knowingly,
13     willingly, intelligently, and intentionally cancel and correct all presumptions and assumptions to the
14     contrary.
15
16     I, Ronald Charles Vrooman, being of plenary, capacity, character, condition, status, standing and
17     responsibility, Beneficiary in fact, Heir of the Creator, under full liability and complete transparency, do
18     by these Presents, effectuate and sue out this Bill of Discovery filed into Original Jurisdiction, Original
19     Venue and Original Law Form for an absolute and complete production of any and all documents,
20     writings, papers, digital data and other tangible items and tangible mediums relating to, pertaining to,
21     relevant to, and/or emanating from the following, without limitation, ab initio, to wit:
22     Ronald Charles Vrooman
23     RONALD CHARLES VROOMAN
24     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
25     and any and all derivatives, appellations, identifiers, numbers and their combinations, letters and their
26     combinations, abbreviations, idem sonans and/or all other legal, financial and managerial forms and
27     formats of any nature, shape, cause and kind, and any and all variations and combinations of the
28     aforementioned.
29
30     Irreparable harm and injury is being caused daily to my Creation-Wide assets and this will assist in the
31     lawful correction thereto.
32
33     The entity(ies) being required to produce the aforementioned, under full liability and complete
34     transparency, is the following, to wit:
35     United States of America aka/dba THE UNITED STATES OF AMERICA aka/dba UNITED STATES aka/dba
36     United States aka/dba UNKNOWN, foreign entity, trustee, any and all derivatives, appellations,
37     identifiers, numbers and their combinations, letters and their combinations, abbreviations, idem sonans
38     and/or all other legal, financial and managerial forms and formats of any nature, shape, cause and kind,
39     and any and all variations and combinations thereof, any and all corporate, military, commercial, civil,
40     political, social, ecclesiastical and other entities of any nature, shape, cause, kind, form and format, and
41     any and all variations and combinations thereof, any and all creations and liabilities by, of, through and
42     from of any nature, shape, cause, kind, form and format, and any and all variations and combinations
43     thereof, any and all political subdivisions and instrumentalities of any nature, shape, cause kind, form
44     and format, and any and all variations and combinations thereof, any and all capacities, characters,
45     conditions, status, standings, jurisdictions, venues and law forms of any nature, shape, cause, kind, form
46     and format, and any and all variations and combinations thereof, any and all agents, assigns, successors,
47     principals, beneficiaries, employees, officers, contractors, franchisees, licensees, members, et cetera, of
48     any nature, shape, cause, kind, form and format, and any and all variations and combinations thereof,

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com

49  any and all trusts, structures, hierarchies, systems, networks, regimes and any and all other limits and
50  constructs of any nature, shape, cause, kind, form and format, and any and all variations and
51  combinations thereof, any and all of the aforementioned both known and unknown, any and all of the
52  aforementioned both perceived and unperceived, and any and all variations and combinations of the
53  aforementioned, without limitation, private for profit entities providing quasi-governmental and other
54  goods and services purporting to be lawful government, also referred to as defendant.
55
56  I reserve the right to amend, enhance and/or delete from this document and tangible medium at
57  anytime, by explicit reservation.
58
59  Any omission is not a waiver thereof.
60
61  A copy, facsimile and digital scan are lawfully declared to be, and have the same force, affect and effect
62  as, the Original.
63
64  I reserve the right to define all words and letter combinations contained herein; and further, reserve the
65  right to interpret and construct the intent thereof, with plenary finality, by explicit reservation.
66
67  I, Ronald Charles Vrooman, do hereby knowingly, willingly, intelligently and intentionally declare and
68  affirm that the foregoing is true, accurate and complete, the truth, whole truth and nothing but the
69  truth, to the best of my knowledge and ability, so help me Creator.
70
71  I, Ronald Charles Vrooman do hereby knowingly, willingly, intelligently and intentionally Affirm, Declare,
72  Proclaim and Publish that this document and tangible medium are hereby absolutely and duly affirmed,
73  authorized, declared, stated, made, issued, certified, confirmed, ratified, verified, executed, noticed, re-
74  affirmed, re-authorized, re-declared, re-stated, re-issued, re-certified, re-confirmed, re-ratified, re-
75  verified and re-noticed, absolutely and duly perfected, protected and secured in their entirety for all of
76  Creation to rely upon, without limitation, in perpetuity, without recourse, without prejudice, under the
77  penalties of false witness, to the best of my knowledge and ability, governed by, and under, the Laws of
78  the Creator, under the Laws of Creation.
79
80  Hereunto I have set my Hand and knowingly, willingly, intelligently and intentionally caused my
81  autograph to become affixed hereto.
82
83  Heir of the Creator, Real-man Living Soul, Secured Party, Holder-in-Due-Course, Real-Party-in-Interest,
84  Grantor, Bailor, Administrator, Creditor, Custodian, Beneficiary; All rights, privileges, freedoms and
85  immunities are hereby claimed, reserved and exercised, without limitation, without prejudice, without
86  recourse.
87  *within the state of Oregon without the county of Washington*

*under penalty of Perjury*

*signed and sworn Before me*

7/24/17

*Notary Public*

*Ronald Charles Vrooman*
*on Oregon within the*
*United States of America*

OFFICIAL SEAL
TALA ARETA JONES
NOTARY PUBLIC - OREGON
COMMISSION NO. 939009
MY COMMISSION EXPIRES JUNE 2, 2019



Ronald Charles Vrooman General Delivery Beaverton, Oregon [97005] 503 641 8375
Ronvrooman38@gmail.com

1   In the d(D)istrict c(C)ourt of the United States of America or any word art derivative used to hide this
2   court.
3
4   Original Jurisdiction, Original Venue, Original Law Form
5
6   " private equity"
7
8   Habeas Corpus
9
10  #
11
12  Under, and out of, the authority of necessity
13
14  Ronald Charles Vrooman party for/ plaintiff/ the aggrieved
15  Real-man Living Soul in fact, Secured Party in fact, Real-Party-in-Interest in fact, Holder-in-Due-Course in
16  fact, Grantor in fact, Bailor in fact, Administrator in fact, Creditor in fact, Custodian in fact, Executor in
17  fact, Beneficiary in fact, Heir of the Creator that always was, is and shall be in fact as are many additional
18  facts, such as: undeniable, incontrovertible evidence in the courts own documents
19
20  Qui tam pro domino rege quam pro se ipso in hac parte sequitur
21
22  V
23
24  THE UNITED STATES OF AMERICA aka/dba UNITED STATES aka/dba UNKNOWN, foreign entity, trustee,
25  any and all derivatives, appellations, identifiers, numbers and their combinations, letters and their
26  combinations, abbreviations, idem sonans and/or all other legal, financial and managerial forms and
27  formats of any nature, shape, cause and kind, and any and all variations and combinations thereof, any
28  and all corporate, military, commercial, civil, political, social, ecclesiastical and other entities of any
29  nature, shape, cause, kind, form and format, and any and all variations and combinations thereof, any
30  and all creations and liabilities by, of, through and from of any nature, shape, cause, kind, form and
31  format, and any and all variations and combinations thereof, any and all political subdivisions and
32  instrumentalities of any nature, shape, cause kind, form and format, and any and all variations and
33  combinations thereof, any and all capacities, characters, conditions, status, standings, jurisdictions,
34  venues and law forms of any nature, shape, cause, kind, form and format, and any and all variations and
35  combinations thereof, any and all agents, assigns, successors, principals, beneficiaries, employees,
36  officers, contractors, franchisees, licensees, members, et cetera, of any nature, shape, cause, kind, form
37  and format, and any and all variations and combinations thereof, any and all trusts, structures,
38  hierarchies, systems, networks, regimes and any and all other limits and constructs of any nature, shape,
39  cause, kind, form and format, and any and all variations and combinations thereof, any and all of the
40  aforementioned both known and unknown, any and all of the aforementioned both perceived and
41  unperceived, and any and all variations and combinations of the aforementioned, without limitation,
42  private for profit entities providing quasi-governmental and other goods and services purporting to be
43  lawful government, also referred to as defendant. Without equivocation, mental reservation or secret
44  evasion.
45  The city of is a subdivision of the county of, is a subdivision of the state of, is a subdivision of the US inc.
46
47

Certified true, accurate and complete RCV

Ronald Charles Vrooman General Delivery Beaverton, Oregon [97005] 503 641 8375
Ronvrooman38@gmail.com

48                                    **Habeas Corpus**
49    The intention of this intellectual property, Will and Words of Ronald Charles Vrooman, is for the
50    unconditional and immediate release and/or discharge from unlawful and illegal detainment in the form
51    of a condition of probation and confinement due to ultra vires acts by the former STATE OF OREGON
52    instrumentality of THE UNITED STATES OF AMERICA, defendant. Having operated outside of, and in
53    absolute violation of, each real-man's Oath or Affirmation aka acceptance and acknowledgement of
54    employment and the explicit terms thereof, and the Original Contracts aka the Declaration of
55    Independence c1776, the Articles of Confederation,  the Constitution of/for the u(U)nited States of
56    America c1819 though 1860 and the Constitutions of Oregon c1859 original, constitutes at minimum
57    ultra vires acts, thereby voiding the Original Contracts and their employment.
58
59    The defendants have forfeited, by an operation of law, the rights and privileges of any and all purported
60    sovereignty, authorities, jurisdictions, venues, procedures and law forms to exist and be utilized, in
61    force, effecting and affecting myself at any place and/or any time, without limitation.
62
63    The violations include but are not limited to, the following, to wit:
64
65    - operating and/or conducting business by, under and/or pursuant to any nature, shape, cause, kind,
66    form and format of corporate, commercial, military, political, ecclesiastical and other capacities,
67    characters, conditions, status, standings not explicitly authorized by the Original Contracts;
68
69    - altering and/or changing jurisdictions, venues, law forms, authorities, procedures, law forms not
70    explicitly authorized by the Original Contracts;
71
72    - operating and/or conducting business by, under and/or pursuant to any nature, shape, cause, kind,
73    form and format of emergency and other purported powers, authorities and/or procedures not
74    explicitly authorized by the Original Contracts;
75
76    - non-compliance to/with Article 3 section 2 of the Constitution for the United States of America c1819
77    which explicitly states and commands the delegation of Original Jurisdiction of all cases in which a State
78    is a party to the Supreme Court of the United States of America.  The plaintiff in UC 7945181 was state
79    of Oregon. I am a non US citizen. State of Oregon is the corporate governance not government. I am
80    private.  How can that be
81
82    - non-compliance to/with the Constitution for the United States of America c1819 Article 6 which
83    explicitly states and commands that the Constitution of/for the (u)United States of America c1819
84    through 1860, and the Oregon Constitution Original and laws in pursuance thereof, shall be the
85    "Supreme Law of the Land", and that all State judges shall be bound thereby, and that all executive and
86    judicial officers will be bound by oath or affirmation to support the same. It is on the record that Mercer
87    agreed with me that the !st law of the land was the Constitution and the 2nd law was the Oregon
88    Constitution Original.
89
90    - non-compliance to/with Article 1 section 1, 20 of the Constitution of Oregon and the West Virginia
91    Constitution which explicitly states and commands that all of the Original Contracts are fully operative,
92    in full force, affect and effect at all times and all places, without limitation; by full faith a credit appears
93    here.
94

Certified true, accurate and complete RCV

95  corporate, military, commercial, civil, political, social, ecclesiastical and other entities of any nature,
96  shape, cause, kind, form and format, and any and all variations and combinations thereof, any and all
97  creations and liabilities by, of, through and from of any nature, shape, cause, kind, form and format, and
98  any and all variations and combinations thereof, any and all political subdivisions and instrumentalities
99  of any nature, shape, cause kind, form and format, and any and all variations and combinations thereof,
100  any and all capacities, characters, conditions, status, standings, jurisdictions, venues and law forms of
101  any nature, shape, cause, kind, form and format, and any and all variations and combinations thereof,
102  any and all agents, assigns, successors, principals, beneficiaries, employees, officers, contractors,
103  franchisees, licensees, members, et cetera, of any nature, shape, cause, kind, form and format, and any
104  and all variations and combinations thereof, any and all trusts, structures, hierarchies, systems,
105  networks, regimes and any and all other limits and constructs of any nature, shape, cause, kind, form
106  and format, and any and all variations and combinations thereof, any and all of the aforementioned
107  both known and unknown, any and all of the aforementioned both perceived and unperceived, and any
108  and all variations and combinations of the aforementioned, without limitation, private for profit entities
109  providing quasi-governmental and other goods and services purporting to be lawful government, also
110  referred to as defendant.
111
112
113  I reserve the right to amend, enhance and/or delete from this document and tangible medium at
114  anytime, by explicit reservation. I do lawful not legal and this is my best effort.
115
116  Any omission is not a waiver thereof.
117
118  A copy, facsimile and digital scan are lawfully declared to be, and has the same force, affect and effect
119  as, the Original.
120
121  I reserve the right to define all words and letter combinations contained herein;  and further, reserve
122  the right to interpret and construct the intent thereof, with plenary finality, by explicit reservation.
123
124  I, Ronald Charles Vrooman, do hereby knowingly, willingly, intelligently and intentionally declare and
125  affirm that the foregoing is true, accurate and complete, the truth, whole truth and nothing but the
126  truth, to the best of my knowledge and ability, so help me Creator.
127
128  I, Ronald Charles Vrooman, do hereby knowingly, willingly, intelligently and intentionally Affirm, Swear,
129  Declare, Proclaim and Publish that this document and tangible medium is hereby absolutely and duly
130  affirmed, authorized, declared, stated, made, issued, certified, confirmed, ratified, verified, executed,
131  noticed, re-affirmed, re-authorized, re-declared, re-stated, re-issued, re-certified, re-confirmed, re-
132  ratified, re-verified and re-noticed, absolutely and duly perfected, protected and secured in their
133  entirety for all of Creation to rely upon, without limitation, in perpetuity, without recourse, without
134  prejudice, under the penalties of false witness, to the best of my knowledge and ability, governed by,
135  and under, the Laws of the Creator, under the Laws of Creation.
136
137  Hereunto I have set my Hand and knowingly, willingly, intelligently and intentionally caused my
138  autograph to become affixed hereto.
139  Heir of the Creator, Real-man Living Soul, Secured Party, Holder-in-Due-Course, Real-Party-in-Interest,
140  Grantor, Bailor, Administrator, Creditor, Custodian, Beneficiary; All rights, privileges, freedoms and

Ronald Charles Vrooman General Delivery Beaverton, Oregon [97005] 503 641 8375
Ronvrooman38@gmail.com

141  Furthermore, Demanded and Required is any order, judgment, decree, writ and/or tangible medium
142  necessary to carry out 1 due process violation valued at $250,000.00 is assessed to the defendants listed
143  and the Beaverton Municipal Court and it is ordered forthwith to settle though bond or insurance or as
144  needs must within 21 days of the date of this Habeas Corpus.
145
146  I reserve the right to amend, enhance and/or delete from this document and tangible medium at
147  anytime, by explicit reservation.
148
149  Any omission is not a waiver thereof.
150
151  A copy, facsimile and digital scan are lawfully declared to be, and has the same force, affect and effect
152  as, the Original.
153
154  I reserve the right to define all words and letter combinations contained herein; and further, reserve the
155  right to interpret and construct the intent thereof, with plenary finality, by explicit reservation.
156
157  I, Ronald Charles Vrooman, do hereby knowingly, willingly, intelligently and intentionally declare and
158  affirm that the foregoing is true, accurate and complete, the truth, whole truth and nothing but the
159  truth, to the best of my knowledge and ability, so help me Creator.
160
161  I, Ronald Charles Vrooman, under full liability and complete transparency, do hereby knowingly,
162  willingly, intelligently and intentionally Affirm, Declare, Proclaim and Publish that this document and
163  tangible medium is hereby absolutely and duly affirmed, authorized, declared, stated, made, issued,
164  certified, confirmed, ratified, verified, executed, noticed, re-affirmed, re-authorized, re-declared, re-
165  stated, re-issued, re-certified, re-confirmed, re-ratified, re-verified and re-noticed, absolutely and duly
166  perfected, protected and secured in their entirety for all of Creation to rely upon, without limitation, in
167  perpetuity, without recourse, without prejudice, under the penalties of false witness, to the best of my
168  knowledge and ability, governed by, and under, the Laws of the Creator of all that always was, is and
169  shall be, under the Laws of Creation.
170
171  Hereunto I have set my Hand and knowingly, willingly, intelligently and intentionally caused my
172  autograph to become affixed hereto.
173
174  Heir of the Creator of all that always was, is and shall be, Real-man Living Soul, Secured Party, Holder-in-
175  Due-Course, Real-Party-in-Interest, Grantor, Bailor, Administrator, Creditor, Custodian, Beneficiary; All
176  rights, privileges, freedoms and immunities are hereby claimed, reserved and exercised, without
177  limitation, without prejudice, without recourse.

*without the state of Oregon without the county of Washington*

*Under penalty of perjury*
*signed & sworn before me*

*7/24/17*

*Notary Public*

*Ronald Charles Vrooman*
*On Oregon within the*
*United States of America*

OFFICIAL SEAL
TALA ARETA JONES
NOTARY PUBLIC - OREGON
COMMISSION NO. 939009
MY COMMISSION EXPIRES JUNE 2, 2019

Page 4 of 4

Certified true, accurate and complete RCV

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com

1           **Bill of Accounting of a Trust(s) and/or Estate(s)**
2   Under, and out of, the authority of absolute necessity.
3
4   Notice to agent is Notice to principal, Notice to principal is Notice to agent.
5
6   I, Ronald Charles Vrooman, am the Real-Party-in-Interest, Holder-in-Due-Course, Secured Party, Grantor,
7   Bailor, Administrator, Creditor, Custodian and Beneficiary to, and for, all alleged political and other
8   power(s) administered by legitimate and lawful governments constructed and effectuated by real-men
9   Living Souls including, but not limited to, service and goods providers in the nature of government,
10  trusts, systems, networks, regimes, hierarchies, and any and all other limits and constructs of any
11  nature, kind and construction. I knowingly, willingly, intelligently, and intentionally cancel, void and
12  correct all presumptions and assumptions to the contrary.
13
14  I, Ronald Charles Vrooman, being of plenary, capacity, character, condition, status, standing and
15  responsibility, Beneficiary in fact, Heir of the Creator, under full liability and complete transparency, do
16  by these Presents, effectuate and sue out this Bill of Accounting of a Trust(s) and/or Estate(s) filed into
17  Original Jurisdiction, Original Venue and Original Law Form for an absolute accounting, audit,
18  discharging, payment, settling, closing, dissolving, transferring, and/or reconciling of any and all matters
19  relating to, pertaining to, relevant to, and/or emanating from the following, to wit:
20
21  My cestui que vie trust(s) and/or estate(s), to which I am the Beneficiary and Administrator, and any and
22  all other trusts and constructs of any nature, shape, cause, kind, form and format, to which I am the
23  Beneficiary and Administrator, and any and all variations and combinations of all the aforementioned,
24  without limitation, which are referenced by various identifiers, abbreviations, numbers and their
25  combinations, letters and their combinations, derivatives, idem sonans, res identifier or any equivalent
26  of the aforementioned and/or other legal, financial and managerial forms and formats of any nature,
27  shape, cause, kind, and any and all variations and combinations of the aforementioned, without
28  limitation, and are most often referred to as RONALD CHALRLES VROOMAN, and any and all derivatives
29  thereof, and/or 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 and any and all derivatives thereof.
30
31  The aforementioned trust(s), estate(s) and other assets may include, but are not limited to, all legal,
32  lawful, commercial and/or other debt or equity security(ies) in any form or format, credit and debit
33  account(s) and balance(s), beneficial interest both divided and undivided, debentures, accounts,
34  pledges, covenants, contracts, signatures, hypothecations, property(ies) inclusive of all chattels, secured
35  account(s), mirrored account(s), trade account(s) and/or the like and equivalent, and any and all other
36  legal, lawful, spiritual, equitable and other interest, title, ownership and/or share, as Heir and
37  Beneficiary, in all things and matters relating to, pertaining to, relevant to and/or emanating there from,
38  and any and all variations and combinations of all of the aforementioned, without limitation.
39
40  All real-men Living Souls and fictional entities, including but not limited to, purported government(s) of
41  any nature, shape, cause, kind, form and format, and/or parent holding, subsidiaries, franchises,
42  associates, affiliates, agents, assigns, successors, principals, or other partnerships of any nature, shape,
43  cause, kind, form and format, and their departments, and their offices, employees, contractors,
44  licensees thereto, or an agent thereof, known and unknown, domestic  and/or foreign, of any nature,
45  shape, cause, kind form and format, and any and all variations and combinations of all the
46  aforementioned, without limitation, are mere trustees and/or fiduciaries when purporting to be in

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com

47    "public service" or affiliated in any way, shape, form and format, at any time and any place, and/or as
48    soon as an Oath or Affirmation is taken and/or subscribed, and/or a single penny is taken for
49    consideration and compensation thereof.
50
51    As my duly perfected and absolutely secured interest, title and share in the Creator's Creation, whether
52    actual, constructive and/or implied, is at jeopardy, risk and being harmed, unlawfully being utilized in
53    military, corporate,  commercial, ecclesiastical, social, political, civil and/or other scheme(s) to operate
54    and maintain a slavery system, for private and limited benefit, of and by real-man Living Souls and their
55    created fictional entities, all self- proclaiming to be "looking out for my best interest", but as a matter of
56    fact, matter of truth and matter of law, by every action and inaction, the same being detrimental and
57    disadvantages to both my assets and myself; Irreparable harm  and injury of every nature, shape, cause,
58    kind, form and format has, and is being, attempted and/or accomplished.
59

## Remedy Relief

61
62    The Remedy and Relief required in this urgent, private matter, and hereby sought and demanded as a
63    matter of right, privilege and Law is an audit, accounting, reconciliation, dissolving, transfer, discharging,
64    payment, settlement, and/or closure of the following, without limitation to wit: a due process penalty of
65    $250,000.00 against each defendant as show before. Dismissal of the conviction removing the current
66    probation as well.
67
68    My aforementioned cestui que vie trust(s), estate(s), any and all other trusts and other types of limits
69    and constructs of any nature, shape, cause, kind, form and format, and any and all combinations and
70    variations of all of the aforementioned, aka RONALD CHARLES VROOMAN and/or 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 aka
71    UNKNOWN and all derivatives, aka various identifiers, abbreviations, numbers and their combinations,
72    letters and their combinations, idem sonans, res identifier and/or other legal, financial, and managerial
73    forms and formats of any nature, shape, cause, kind, and any and all variations and combinations and
74    variations of all of the aforementioned, in any way and cause related to, pertaining to, relevant to
75    and/or emanating from myself  and/or my share of Creation, as Heir and Beneficiary, and any and all
76    combinations and variations of all aforementioned, without limitation, any and all of which may include,
77    but are not limited to, any and all legal, lawful, commercial and other debt or equity security(ies) in any
78    form or format, credit and debit account(s) and balance(s), beneficial interest (divided and undivided),
79    debenture(s), account(s), pledge(s), covenant(s), contract(s), signature(s), hypothecation(s),
80    property(ies) inclusive of all chattel(s), secured account(s), mirrored account(s), trade account(s) and/or
81    the like, any and all other controlling, insurable, lawful, legal, private, public, quasi-public, equitable,
82    political, commercial, social, civil, corporate, international, universal, quantum, spiritual, administrative,
83    Talmudic, Babylonian, ecclesiastical, military, beneficial, admiralty/maritime, statutory, pecuniary,
84    managerial, regulatory and/or any and all other interest, share, title, authority, jurisdiction, venue and
85    law form, as Heir and Beneficiary of the Creator, in all things and matters within the Creator's Creation,
86    and any and all variations and combinations thereof, without limitation, any and all open financial
87    and/or other account(s )of any nature, shape, cause, kind, form and format, and any and all
88    combinations and variations thereof, any and all financial and/or other instrument(s), document(s),
89    tangible item(s) and/or tangible medium(s) of any nature, shape, cause, kind, form and format, and any
90    and all variations and combinations thereof, any and all unfinished transaction(s) of any nature, shape,
91    cause, kind, form and format, and any and all variations and combinations thereof, any and all claim(s),
92    title(s), share(s) and interest(s) including, but not limited to, registered, unregistered, recorded,

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com

93    unrecorded, legal, lawful, equitable, Talmudic, Babylonian, political, private, public, quasi-public,
94    military, corporate, social, international, universal, quantum, spiritual, beneficial, pecuniary, managerial,
95    regulatory, unknown and/or any other forum state and/or any and all issues governed by
96    admiralty/maritime jurisprudence and jurisdiction, causing fine, penalty and/or forfeiture, all of any
97    nature, shape, cause, kind, form and format, and any and all variations and combinations thereof,  any
98    and all other assets of any nature, shape, cause, kind, form and format Creation-Wide, any and all other
99    lien(s), liability(ies), debt(s), et cetera of any nature, shape, cause, kind, form and format, and any and all
100   variations and combinations thereof, against and/or arising from Ronald Charles Vrooman's assets,
101   share of Creation and/or real-man Living Soul physical, spirit(s) and/or soul being(s) and
102   representation(s) thereof, without limitation, and  other identifiers, abbreviations, derivatives, numbers
103   and their combinations, letters and their combinations, idem sonans, res identifiers and/or any
104   equivalent of the foregoing, and/or any and all other legal, financial and managerial forms and formats
105   of any nature, shape, cause and kind, and any and all variations and combinations of the
106   aforementioned trusts, all other limits and any and all things and matters in any way, shape, cause, form
107   and format relating to, pertaining to, relevant to and/or emanating from all of the foregoing and
108   aforementioned, all of the aforementioned both known and unknown, all of the aforementioned both
109   perceived and unperceived, and any and all variations and combinations of all of the aforementioned,
110   without limitation;
111
112   An appointment of an independent and bonded trustee to oversee and effectuate, without hinder of
113   delay, all of the aforementioned, as well as the closing and dissolving of the cestui que vie trust (s),
114   estate (s), and any and all other trusts, limits and constructs, and the reverting and transfer of any and
115   all assets thereof, without limitation, to the care, custody and control of the Lawful Holder-in-Due-
116   Course, Real-Party-in- Interest, Secured Party, Grantor, Bailor, Administrator, Creditor, Custodian,
117   Beneficiary and Heir of the Creator Ronald Charles Vrooman; The aforementioned are all pre-approved,
118   pre-paid and pre-authorized by the Creator and Ronald Charles Vrooman, by and through, without
119   limitation, Treasury Direct Deposit Account Number 530 20 8866, and under the following Authority,
120   Authorization and Security Agreements and documents, to wit;  2000043135, 2012079290, 2012079322,
121   2012127914, 2013032035, 2012114586, 2012114776; what is this??
122
123   Further, demanded and required is any order, judgment, decree and/or writ necessary to carry out the
124   full intent of this Bill, and all other equitable, lawful, legal, Talmudic, political, civil, social, Babylonian,
125   commercial, statutory, administrative, ecclesiastical, personal, private, public, quasi-public, military,
126   corporate, international, universal, quantum, spiritual, beneficial, pecuniary, managerial, regulatory and
127   other relief, remedy, audit, accounting, reconciliation, discharging, payment, settlement, closure,
128   dissolving, transfer and forgiveness, and the upholding of truth, absolute justice, the Laws of the
129   Creator, the Laws of Creation and pure freedom;
130
131   Further, demanded and required is the plenary removal, voiding, extinguishing, and/or cancelling of any
132   actual, assumed and/or presumed character(s), conditions(s), capacity(ies), nature(s), status,
133   standing(s), and/or agreement(s), contract(s), lien(s), liability(ies), claim(s), et cetera, that allow the
134   unlawful enslavement of Ronald Charles Vrooman in any nature, way, shape, cause, kind and form
135   and/or the unlawful conversion(s), transfer(s) and/or utilization(s) of any and all of his assets, Creation-
136   Wide, without limitation;
137

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com

138    Further, demanded and required is any order, judgment, decree and/or writ necessary to release Ronald
139    Charles Vrooman's physical, spirit(s) and/or soul being(s) and representations(s) from warehousing
140    and/or confinement of any nature, shape, cause, kind, form and format, without hinder or delay;
141
142    Furthermore, demanded and required is any order, judgment, decree and/or writ necessary to declare
143    and publish that Ronald Charles Vrooman is not an acceptor, accommodating party, guarantor, surety,
144    debtor or any other term of art describing, demonstrating and/or utilized to mean the same, to and/or
145    for anything Creation-Wide.
146
147    I reserve the right to amend, enhance and/or delete from this document and tangible medium at
148    anytime, by explicit reservation.
149
150    Any omission is not a waiver thereof.
151
152    A copy, facsimile and digital scan are lawfully declared to be, and has the same force, affect and effect
153    as, the Original.
154
155    I reserve the right to define all words and letter combinations contained herein; and further, reserve the
156    right to interpret and construct the intent thereof, with plenary finality, by explicit reservation.
157
158    I, Ronald Charles Vrooman, do hereby knowingly, willingly, intelligently and intentionally declare and
159    affirm that the foregoing is true, accurate and complete, the truth, whole truth and nothing but the
160    truth, to the best of my knowledge and ability, so help me Creator.
161
162    I, Ronald Charles Vrooman, under full liability and complete transparency, do hereby knowingly,
163    willingly, intelligently and intentionally Affirm, Declare, Proclaim and Publish that this document and
164    tangible medium is hereby absolutely and duly affirmed, authorized, declared, stated, made, issued,
165    certified, confirmed, ratified, verified, executed, noticed, re-affirmed, re-authorized, re-declared, re-
166    stated, re-issued, re-certified, re-confirmed, re-ratified, re-verified and re-noticed, absolutely and duly
167    perfected, protected and secured in their entirety for all of Creation to rely upon, without limitation, in
168    perpetuity, without recourse, without prejudice, under the penalties of false witness, to the best of my
169    knowledge and ability, governed by, and under, the Laws of the Creator, under the Laws of Creation.
170
171    Hereunto I have set my Hand and knowingly, willingly, intelligently and intentionally caused my
172    autograph to become affixed hereto.
173
174    Heir of the Creator, Real-man Living Soul, Secured Party, Holder-in-Due-Course, Real-Party-in-Interest,
175    Grantor, Bailor, Administrator, Creditor, Custodian, Beneficiary; All rights, privileges, freedoms and
176    immunities are hereby claimed, reserved and exercised, without limitation, without prejudice, without
177    recourse.



without the state of Oregon without the County of Washington
under penalty of perjury
signed and sworn Before me
7/24/17
Notary Public

Ronald Charles Vrooman
en oregon wert'n the.
United States of America

OFFICIAL SEAL
TALA ARETA JONES
NOTARY PUBLIC - OREGON
COMMISSION NO. 939009
MY COMMISSION EXPIRES JUNE 2, 2019

Ronald Charles Vrooman General Delivery Beaverton, Oregon [97005] 503 641 8375
Ronvrooman38@gmail.com

1       **Bill for Specific Performance of a Contract**
2
3       Under, and out of, the authority of absolute necessity. A new case in Equity.
4       Notice to agent is Notice to principal, Notice to principal is Notice to agent.
5
6       Solely for the purposes of this bill, under, and out of the authority of absolute necessity, I will
7       hypothetically assert and aver that I am a lawful State National Oregonian type of Citizen for/on the
8       United States of America, in consideration of the Founding Documents including t(T)he Constitution
9       for/of the u(U)nited States of America c1819 thru 1860 being in full force, affect and effect at all places
10      and all times, and am not an enemy thereof. As is the Oregon Constitution original.
11
12      Further, I claim, accept, acknowledge, declare, possess and utilize unalienable Creator granted rights,
13      privileges, freedoms and immunities at all places and all times within Creation, without limitation,
14      equivocation, mental reservation or secret evasion...
15
16      Further, I assert and aver that I conditionally accept, claim and acknowledge the Declaration of
17      Independence c1776 and the Articles of Confederation prior and now concurrent with Constitution for
18      the United States of America c1819, hereinafter referenced as the Original Contracts, for my benefit, use
19      and enjoyment. There is so much word art and deceit, fraud, color of law, legal fiction that the actual
20      document must be stipulated.
21
22      Further, I assert, declare and aver that I am the Real-Party-in-Interest, Holder-in-Due-Course, Secured
23      Party, Grantor, Bailor, Administrator, Creditor, Custodian, Beneficiary to, and for, any and all alleged
24      political and other powers administered by legitimate and lawful governments constructed and
25      effectuated by real-men including , but not limited to, services and goods providers in the nature of
26      corporate governance, government, trusts, systems, networks, regimes, hierarchies and any and all
27      other limits and constructs of any nature, kind and construction; I hereby knowingly, willingly,
28      intelligently and intentionally cancel and correct all presumptions and assumptions to the contrary. My
29      specific rebuttal to the 12 presumptions is in the record ofD144354M and UC 7945181, which are
30      restated in their entirety, and incorporated herein, as if set forth in full, therefore it is in this case fact.
31
32       Further, as a purported Citizen for the United States of America, and not an enemy thereof, I
33      conditionally assert and aver that I am a party to the Constitution for the United States of America
34      c1819, through lawful bloodline on this American land without exception father to son since 1664. With
35      two direct ancestors a son and father, veterans of the American Revolution from New York and
36      therefore have proper standing, status, character, condition and capacity to sue out this Bill for Specific
37      Performance of a Contract. My specific status etc, is filed into UC 7945181 and is hereby restated in its
38      entirety, and incorporated herein, as if set forth in full, and as it was not rebutted stands as fact. I will
39      provide a copy by email upon request. I am a private Oregonian.
40
41      Furthermore, as a party with proper standing, status, character, condition and capacity I can, and do
42      hereby, assert, aver, claim, accept, acknowledge and enforce my contractual claim and right to the
43      protection and enforcement of strict compliance and performance to the same, without further hinder
44      of delay is the acceptance and exclusive use of governing law...
45
46      The defendants have agreed to, accepted and acknowledged the cases 3;17 cv 977 ac and 3;17 cv 990 SI,
47      which is hereby restated in its entirety, and incorporated herein, as if set forth in full, as filed and

Ronald Charles Vrooman General Delivery Beaverton, Oregon [97005] 503 641 8375
Ronvrooman38@gmail.com

48  served, and to accept as passed and enacted by the People, by, under and pursuant to the intent of the
49  People, by, under and pursuant to the Oaths and/or Affirmations taken and subscribed by the
50  defendants and/or the taking of any form and format of compensation and consideration;
51
52  At the time of Conquest and thereafter, any laws in force, affect and effect stay in place with full force,
53  affect and effect until such time as the new authority repeals or alters the same;
54
55  This Specific Bill in Equity has never been repealed or altered to this day;
56
57  If this purported government, THE UNITED STATES OF AMERICA, a corporate governance exists and
58  operates as mere fictions of law, by, under and pursuant to the Constitution for the United States of
59  America c1819, then the same must absolutely comply to the explicit and limited written directives and
60  authorities contained therein; Any action or inaction outside the explicitly written limits of the
61  aforementioned Original Contracts would be ultra vires, thereby voiding and forfeiting, by an operation
62  of law, the very same Contracts aka Constitutions, and the ability to maintain, enforce and/or claim
63  certain standings, status, characters, conditions, capacities, authorities, jurisdictions, venues, law forms
64  and/or existence in Law, at Law and otherwise;
65
66  The city is a subdivision of the county of; the county is a subdivision of the state of; is a subdivision of
67  the of the US Inc in its forms.
68
69  Because of the foregoing and that hereafter, I seek immediate implementation and effectuation of the
70  Bill for Specific Performance of a Contract;
71
72  There exists in the aforementioned Original Contracts no provision(s) and/or clause(s) for any real-man
73  or fiction of law, allegedly formed by and/or operating under the same, to deviate from or violate the
74  same.
75
76  In fact, Article VI of the Constitution for the United States of America c1819 through 1860 outlines the
77  and authorizes the explicit and specific terms for any and all public servants and/or public trustees, quite
78  clearly and succinctly, in order to maintain and enforce their very limited scope of authorities and/or
79  procedures;  be it known, all those listed are, persons in the deploy of corporate governances enforcing
80  the codes on one of we the people unlawfully and without proving their own claims in the other courts
81  in this Building.
82
83  Nowhere within the Original Contracts does THE UNITED STATES OF AMERICA and those in its employ
84  possess the contractual right, privilege, standing, status, capacity, character, condition and/or authority
85  to interfere in a private contract or to enforce a claim to and within the same. It is thought after
86  investigation civilly and filed into 3;17 cv977ac, AG/DOJ advised and papers filed, the USMS is notified as
87  is the GSA And now in this case with this docket number.
88
89  Article VI of the Constitution for the United States of America c1819 specifically and explicitly states and
90  commands the following to wit:
91
92  "This Constitution and the laws of the United States which shall be made Pursuance thereof...Shall be
93  the Supreme law of the land, and the Judges in every state shall be bound thereby...and all executive

Ronald Charles Vrooman General Delivery Beaverton, Oregon [97005] 503 641 8375
Ronvrooman38@gmail.com

94   and judicial officers, both of the United States and the Several States, shall be bound by Oath or
95   Affirmation to support this Constitution."
96
97   Further, Article I section 3 of the Constitution of West Virginia, with full faith and credit it applies on
98   Oregon, specifically and explicitly states and commands the following to wit:
99    "Continuity of Constitutional operation-The provisions of the Constitution of the United States, and of
100  this state, are operative alike in a period of war as in time of peace, and any departure therefore, or
101  violation thereof, under the plea of necessity, or any other plea, is subversive of good government, and
102  tends to anarchy and despotism."
103  ORCP 20 A- by full faith and credit appears here. Oregon state Constitution is called into discovery here.
104  a photo by me of the Original is consider correct discovery.
105
106
107  There is absolutely no authority contained within and/or authorized by, the Original Contracts for the
108  effectuating, implementation, exercise, enforcement and/or utilization of inherent or implied powers,
109  authorities, jurisdictions, venues and/or law forms, regardless of whether they infringe or violate the
110  Original Contracts or not; fraud vitiates all.
111
112  Example: Some say Oregon the territory obtained statehood 1859 with the banner "STATE OF OREGON.
113  So, the flag belongs to a fiction in commerce. I am a private man with my status, as fact, filed into two
114  courts of record. So how does the new state Oregon the government  publish a corporate flag??This is
115  also under investigation. Oregon may be the last state to obtain statehood lawfully, Constitutionally. We
116  know and have proven that the Fraud by Benson and his group Nov 8, 1910; of usurpers installed Article
117  VII amended. None since have corrected the fraud the legal fiction of color of law. Ignorance of the law
118  is no excuse. If you work for the corporate governance and took an oath   A copy has been declined. I
119  offered to take my own photos of these public documents  each person appointed or elected must
120  provide their bona fides on demand. I deny, that the current government elected by the Constitutionally
121  empowered election style. I have asked , demanded proof of, your claim of who you are. Identify
122  yourselves in equity and take your lumps. I deny your claim, prove it. I deny that the current Oregon flag
123  is a true statement in the language of law and flags and the equity also.
124
125  However, the Charter for Beaverton City was submitted to the founders by Oregon State. That is
126  government. The government went to Hillsboro and incorporated as city of Beaverton. That is the
127  moment of the fraud. There is no authorization from the people to change the charter from a
128  government to corporate governance. it is believed that city officials are elected into de jure and sit in
129  de facto. The city refuses public records demands. I deny city of Beaverton and Beaverton city are the
130  same. We need government not corporate governance for hire. That is the division point.
131
132  Any alleged real-man injured party, plaintiff, party for; in Law and/or Equity, has every right and
133  authority to seek any and all claims, remedies and/or reliefs, civil and/or criminal, against myself, but
134  THE UNITED STATES OF AMERICA does not possess the Original Contracts authority for the same; UN-
135  indicted co-conspirators to be laid claim. Under investigation and listed in the court with 977 included
136  and990 included appears to be the wrong court. I will maintain the cv case and obtain remedy in equity
137  under the appropriate identification.
138
139  There exists no absolute and explicit Original Contracts authority for the implementation, exercise,
140  and/or enforcement of malum prohibitum authority, jurisdiction and/or venue against a purported

Ronald Charles Vrooman General Delivery Beaverton, Oregon [97005] 503 641 8375
Ronvrooman38@gmail.com

141   Oregonian State National Citizen for the United States of America 1819 documents.; an Oregonian
142   Ronald Charles Vrooman a man is trustee to the RONALD CHARLES VROOMAN PMA and yata yata is
143   private without mala in se crime. PMA filed and fact. False arrest and incarceration already filed into this
144   case. In equity with a properly researched filing. At this time we add Beaverton Oversight Committee's
145   statement. Affidavit of truth by Ronald Charles Vrooman; We the members of the Beaverton Oversight
146   committee met on the record on or about April 2015 as previously stated on the recorded public record
147   on video at the city of Beaverton's website.
148   At the council meeting I asked for the floor and was given it. I read the rules of the Beaverton Oversight
149   Committee into the record. I heard one of the people say I move to make that a motion. I heard a
150   second. I called for the vote and there were only and many, many yeah and when asked against no one
151   spoke. The motion carried by the people. BY charter the only ones that can alter the original charter.
152   Thus it was done. All original documents are available in court.
153   Several of us made an appointment with the city Manager for the next day. When we showed up they
154   had two cops exclude us from the building. Without cause and to ignore the newly elected Beaverton
155   oversight Committee.
156
157   The Beaverton Oversight Committee obtained a Fed ID number; a bank account and set up electronic
158   billing and invoice the city of Beaverton several times and included statements. The city of Beaverton
159   will not honor a binding contract with a group of known private people in trade.
160
161   The alleged THE UNITED STATES OF AMERICA and those in its employ have failed to prove and/or
162   acquire Original Contracts compliant jurisdiction and venue applicability to in any way interfere with a
163   private contract. I deny the city of Beaverton is the lawful governance in a chain of due process
164   provenance from the date of the charter.
165
166
167   Irreparable harm and injury is being caused by the defendants every single day that I am unlawfully
168   refused the guarantee of my right, privilege, freedom, immunity and prerogative to exist and domicile
169   with my other half, or as a solo sovereign American state national..
170
171   This is the cusp. Enforcing the codes, rules, regulations, statutes, procedures, of a corporate fiction a
172   public realm took unlawful action against a private man. I deny their authority in jurisdiction and they
173   have failed to prove their claim.
174
175   Remedy / Relief
176   Payment of $250,000 each of the defendants John Mercer, Erin Kirkwood, Frank Ravelo, Pat Garret the
177   statutory amout for 1 due process violation. This is a breach of contract by due process violations and as
178   such the same damages as 18 USC 3571.
179
180   Further, demanded and required is any order, judgment, decree and/or writ necessary to secure the
181   immediate and absolute compliance to each and every clause of the Original Contracts, the Declaration
182   of Independence c1776 through the Constitution for the United States of America c1819 and the Oregon
183   Constitution [ presumed as the state of Oregon will not produce the founding document], by and
184   through any and all real-men and fictions of law previously, and now presently, causing irreparable harm
185   and injury to myself;  most specifically those identified within UC 7945181.
186

Ronald Charles Vrooman General Delivery Beaverton, Oregon [97005] 503 641 8375
Ronvrooman38@gmail.com

187   Further, demanded and required is any order, judgment, decree and/or writ necessary to carry out the
188   full intent of this Bill and all other equitable, lawful, legal, Talmudic, political, Babylonian, commercial,
189   statutory, administrative, ecclesiastical, personal, private, public, quasi-public, military, corporate,
190   international, universal, quantum, spiritual, beneficial, pecuniary, managerial, regulatory, color of law,
191   legal fiction and/or other type and form of Remedy and Relief.
192
193    I reserve the right to amend, enhance and/or delete from this document and tangible medium at
194   anytime, by explicit reservation.
195
196   Any omission is not a waiver thereof. I do lawful not legal and this is my best effort.
197
198   A copy, facsimile and digital scan are lawfully declared to be, and have the same force, affect and effect
199   as, the Original. Seeking harmony! With a complete and common understanding with all concerned.
200
201   I reserve the right to define all words and letter combinations contained herein; and further, reserve the
202   right to interpret and construct the intent thereof, with plenary finality, by explicit reservation.
203
204   I am known as, Ronald Charles Vrooman, one of the people hereby knowingly, willingly, intelligently and
205   intentionally declare and Swear/affirm that the foregoing is true, accurate and complete, the truth,
206   whole truth and nothing but the truth, to the best of my knowledge and ability, so help me Creator and
207   keep me steadfast in this case.
208
209   I, Ronald Charles Vrooman, do hereby knowingly, willingly, intelligently and intentionally Swear, Affirm,
210   Declare, Proclaim, Notify, Claim and Publish that this document and tangible medium are hereby
211   absolutely and duly affirmed, authorized, declared, stated, made, issued, certified, confirmed, ratified,
212   verified, executed, noticed, re-affirmed, re-authorized, re-declared, re-stated, re-issued, re-certified, re-
213   confirmed, re-ratified, re-verified and re-noticed, absolutely and duly perfected, protected and secured
214   in their entirety for all of Creation to rely upon, without limitation, in perpetuity, without recourse,
215   without prejudice, under the penalties of false witness, to the best of my knowledge and ability,
216   governed by, and under, the Laws of the Creator, under the Laws of Creation. Pretty much correctly
217   codified between 1819 and 1860. The era of the de jure government of a Constitutional government of
218   the Republic.
219
220   Hereunto I have set my Hand and knowingly, willingly, intelligently and intentionally caused my
221   autograph and/or signature, Jurat and thumbprint to become affixed hereto without equivocation,
222   mental reservation or secret evasion.
223
224   Heir of the Creator, Real-man Living Soul, Secured Party, Holder-in-Due-Course, Real-Party-in-Interest,
225   Grantor, Bailor, Administrator, Creditor, Custodian, Beneficiary; All rights, privileges, freedoms and
226   immunities are hereby claimed, reserved and exercised, without limitation, without prejudice, without
227   recourse. *without The State of Oregon   without the county of Washington*
228
229   *Space for jurat*
      *Under penalty of perjury*
      *Signed and sworn Before me*

                                                        *Ronald Charles Vrooman*
                                                        *an oregon within The*
                                                        *United States of America*

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com

1       **Notice and Cognizance Required**

2

3       Universal Declaration of Human Rights

4       International Covenant on Civil and Political Rights

5       Leiber Code

6       Cestui Que Vie Act of 1666 and all amendments thereto

7       Constitution for the United States of America c1819

8       Declaration of Independence c1776

9       Treaty of Paris 1783

10      Federal Reserve Act of 1913 and all amendments thereto

11      Trading with the Enemy Act of 1917

12      Emergency Banking Relief Act of 1933

13      Senate Report 93-594

14      Clearfield Doctrine

15      21 USC 321(g)

16      Doctrine of Clean Hands

17      Executive Orders 6073, 6102, 6111 and 6260

18      Laws of Virginia published on March 12, 1819

19      Public Statute Laws of the State of Connecticut 1821

20      5 USC 903

21      22 USC 286 et seq.

22      PUBLIC LAW 94-564

23      CRS 24-36-104

24      CRS 24-60-1301(h)

25      Montevideo Treaty of 1933

26      26 IRC 165(g)(1)

27      CRS 39-22-103.5

28      50 USC

29      CONGRESSMAN TRAFFICANT Speech CONGRESSIONAL RECORD vol.33 pg 1303

30      22 USC 611c (1)(iv), 612, 613

31      RABINOWITZ V KENNEDY 376 U.S. 605, 11 L. Ed. 2d 940

32      THE BANK OF THE UNITED STATES v PLANTERS BANK OF GEORGIA, 6 L. Ed. (9 Wheat) 244

33      U.S. V BURR, 309 U.S. 242

34      CRS 11-60-103

35      21 USC 5323

36      18 USC 219, 951

37      American Jurisprudence 2nd Edition, sections 71 and 82

38      The Public Papers and Addresses of FRANKLIN ROOSEVELT, Vol. II, pgs. 18-24

39      HOME BUILDING & LOAN ASSOCIATION V BLAISDELL 290 U.S. 398

40      An Act concerning the Rights of American Citizens in foreign States

41      TREASURY DELEGATION ORDER  no. 91

42      DEPARTMENT OF THE ARMY field manual 1969, FM 41-10, pgs. 1-4, sec. 1-7(b), 1-10(7)(c)(1)

43      22 USC 284, 286, 287

44      Ex parte MILLIGAN 71 U.S. 2

45      31 USC 6700 et seq.

46      CONGRESSIONAL RECORD May 23, 1933, pgs. 4055-4058

47      ATKINS et al V US, 556 F 2d 1028, pgs. 1072 and 1074

48      5 USC 5305 and 5335

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
*ronvrooman38@gmail.com*

49    4 USC 104-113
50    SPRINGFIELD V KENNY 104 N.E. 2d 65
51    WHEELING STEEL CORP V FOX U.S. 193, 80 L. Ed. 1143, 56 S. Ct. 773
52    PUBLIC LAW 89-719
53    CRS 5-1-106
54    Handbook of the National Conference of Commissioners on Uniform State Laws 1966 Edition, pgs. 152-
55    53
56    PRESIDENTIAL PROCLOMATION 3972
57    8 USC 1481
58    22 USC 611-13
59    50 USC 781
60    Research Technical Manual TM-SW7905.1, pgs. 3,7
61    PUBLIC LAW 97-280
62    REORGANIZATION PLAN no. 26
63    CONGRESSIONAL RECORD, SENATE Decemner 13, 1967, MR. THURMOND
64    DEPARTMENT OF THE ARMY 1985 Edition FM41-10
65    26 USC 7701(a)(1)
66    TREASURY DELEGATION ORDER 150-10
67    22 USC 611 (c)(iii)
68    TREASURY DELEGATION ORDER no. 91
69    22 USC 219
70    22 USC 951
71    DEPARTMENT OF THE ARMY Pamphlet 27100-70, Military Law Review vol. 70
72    PUBLIC LAW 95-147
73    PUBLIC LAW 101-167
74    18 USC 219, 951
75    CINEMA 5 V CINERAMA 528 F2d 1384
76    EASLY V BROOKLINE TRUST 256 SW 2d 983
77    US V WOODLY 726 F2d 1328, 751 F2d 1008
78    COHEN V VIRGINIA 6 wheat 264
79    US V THROCKMORTON 98 US 61
80    26 IRC 6103(k)(5)
81    INTERNAL REVENUE MANUAL section 1132.61, 1100-40.1 through 1100-40.2 1992 Edition
82    FEDERALIST PAPER # 78
83    CONGRESSIONAL RECORD October 17, 2001, pgs. H1720-H1725
84    PRESIDENTIAL PROCLOMATION April 15, 1861
85    INTERNATIONAL ORGANIZATION IMMUNITIES ACT
86    5 USC 331-333
87    22 CFR Foreign Relations 92.12-92.31
88    8 USC 1481
89    NATIONAL EMERGENCIES ACT
90    INTERNATIONAL EMERGENCY ECONOMIC POWERS ACT
91    18 USC 1918
92    CONGRESSIONAL RECORD June 13, 1967, pgs. 15641-15646
93    15 USC 1-2
94    PAPAL BULL UNUM SANCTUM c1302
95    CRUDEN V NEALE 2 N.C. 338, 2 S.E. 70
96    CITY OF DALLAS V MITCHELL 245 S.W. 944

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
_ronvrooman38@gmail.com_

97    Treaty of Paris c1784
98    All of the aforementioned are hereby restated in their entirety, and incorporated herein, as if set forth
99    in full as an integral part of these instant matters and Creation-Wide Record.
100   _within the State of Oregon within the county of Washington_
101   _under penalty of perjury_
102   
103   _Signed and sworn before me_
104   _7/24/17_
105   _Notary Public_
106   
107   _Ronald Charles Vrooman_
108   _an Oregon within the_
109   _United States of America_

110   OFFICIAL SEAL
      **TALA ARETA JONES**
111   NOTARY PUBLIC - OREGON
      COMMISSION NO. 939009
112   MY COMMISSION EXPIRES JUNE 2, 2019

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
*ronvrooman38@gmail.com*

1  **Declaration, Notice and Will and Word of truth, facts and negative averment, ab initio, nunc pro tunc,**
2  **in perpetuity, all an integral part of these instant matters and Creation-Wide Public Record.**
3
4  Under, and out of, the authority of absolute necessity.

5   Notice to agent is Notice to principal, Notice to principal is Notice to agent.

6  I, Ronald Charles Vrooman, sui juris, under full liability and complete transparency, being of plenary
7  capacity, character, condition, status, standing and responsibility, under the penalty of false witness,
8  under the Laws of the Creator, under the Laws of Creation, do by these Presents, knowingly, willingly,
9  intelligently and intentionally Affirm, Declare, Proclaim and Publish that this document is hereby
10  absolutely and duly affirmed, authorized, declared, stated, made, issued, certified, confirmed, ratified,
11  verified, executed, noticed, re-affirmed, re-authorized, re-declared, re-stated, re-issued, re-certified, re-
12  confirmed, re-ratified, re-verified and re-noticed, absolutely and duly perfected, protected and secured
13  in their entirety for all of Creation to rely upon, without limitation, in perpetuity, without recourse,
14  without prejudice. The truths, facts and negative averments are as follows, to wit:

15  - I deny that written documents change their meaning or intent over time;

16  - I deny that I have ever been taken before a lawful and Original Contracts compliant "judge" and/or
17  "justice" at any time and any place;

18  - I deny that I have ever been taken into a lawful and Original Contracts compliant "court" and/or
19  "tribunal" at any place and any time;

20  - I deny that I have ever had a meaningful, lawful and Original Contracts compliant hearing, or other
21  procedure, at any place and any time;

22  - I deny that I have ever been afforded any Original Contracts compliant explanation of the nature and
23  cause of the alleged action prior to, and after, my unlawful military detention and confinement;

24  - I deny that any of the _Several days that I was unlawfully, militarily detained and confined were
25  authorized by, under and pursuant to Original Contracts compliant authority, jurisdictions, venues and
26  law form;

27  - I deny that any and all facets of any and all jurisdictions, venues and law forms were ever lawfully and
28  factually proven, effectuated, maintained and exercised by, under and pursuant to the Original
29  Contracts;

30  - I deny that any and all facets of any and all jurisdictions, venues and law forms were/are lawfully and
31  factually proven, effectuated, maintained and exercised by, under and pursuant to the Original
32  Contracts;

33  - I deny that I am a "person" as defined by any code, rule, act, law, statute, rule, regulation, et cetera at
34  any time and/or any place;

35  - I deny that there is any Original Contract's authority for "case law, opinions" or any other type and
36  form of control and/or alteration of Law by any purported COURT, TRIBUNAL, JUDGE and/or JUSTICE, et
37  cetera;

38  - I deny that I am an artificial entity created under the former laws of the former THE UNITED STATES OF
39  AMERICA, the former STATE OF OREGON, any former STATE OF..., former DISTRICT OF COLUMBIA, or
40  any former territory, commonwealth or possession of the aforementioned or of a foreign state or
41  country or any and all local, national and international equivalents, public and private;

42  - I deny that I am an officer, agent, shareholder, franchisee, fiduciary agent, resident and/or inhabitant
43  of any of the aforementioned, nor am I domiciled in any fictional entity, without limitation;

44  - I deny that I am a vessel documented under former CHAPTER 121 of the former TITLE 46 USC, or a
45  vessel numbered as provided in former CHAPTER 123 of former CHAPTER 123 of TITLE 46 USC;

46  - I deny that I am an enemy of the former THE UNITED STATES OF AMERICA, former STATE OF TEXAS, or
47  any other capacity, condition, character, status, standing and fictional entity created under the former
48  laws of THE UNITED STATES OF AMERICA, any former STATE OF..., former DISTRICT OF COLUMBIA, or
49  any former territory, commonwealth and possession of the aforementioned, or a foreign state, country
50  and any and all local, national and international equivalents of all of the aforementioned, public and
51  private;

52  - I deny that any assumption and/or presumption that I am any of the aforementioned or
53  documentation implying any of the above is the act or intention of myself, and any such presumption,
54  assumption and documentation is not fraudulent, illusionary and false representation of a matter of fact
55  or kind of artifice employed by a real-man or fictional entity to deceive another for self-serving
56  purposes;

57  - I deny that I am affiliated with, or an enemy of, any public or private fictional entity, foreign or
58  domestic;

59  - I declare that I am a neutral man;

60  - I deny that the former THE UNITED STATES OF AMERICA, former STATE OF OREGON and/or any local,
61  national and international equivalents have valid charters, as a matter of fact, in Law, at Law and
62  otherwise;

63  - I declare my given name at live birth on Soil is Ronald Charles Vrooman, and the geographic location on
64  Oregon within the United States of America are particularly unique to myself, although not affiliated
65  with the former corporate, military, commercial, ecclesiastical and other body politics near the same
66  location, and it suffices as complete, necessary and sufficient identification and evidencing my neutral
67  standing [former 15 USC 1681h];

68  - I deny that I am a party and/or signatory to the former CONSTITUTION OF THE UNITED STATES and all
69  derivatives thereof;

70   - I deny that I am a party and/or signatory to the former CONSTITUTION OF OREGON and all derivatives
71   thereof;

72   - I deny that I am bound by any fictional entities formed by fellow men without my explicit, written
73   consent;

74   - I deny that I am an artificial person/entity;

75   - I deny that I have lived all of my life under Lawful emergency rule;

76   - I deny that there can be any limitation on myself in my private, sentient real-man Living Soul Heir and
77   Beneficiary of the Creator capacity, character, condition, status and standing, absent causing actual and
78   factual harm to another real-man Living Soul;

79   - I deny that former THE UNITED STATES OF AMERICA, former STATE OF... and any and all local, national
80   and international equivalents by incorporating did not lay down any sovereignty they may have had and
81   take on the character, capacity, condition, status and standing of a private member

82   - The revocation and voiding of any and all signatures and/or autographs of myself, a real-man Living
83   Soul Heir and Beneficiary of the Creator, or that which I may administer, as pertaining to any and all
84   former THE UNITED STATES OF AMERICA and other local, national and international equivalents
85   documents are hereby absolutely, fully, unconditionally and perpetually acknowledged and accepted ;

86   - I deny any purported police authorities are absolutely compliant with the Constitution for the United
87   States of America c1819 or the Constitution of Oregon original.

88   - I deny the authority of the purported UNITED STATES CONGRESS to declare the real-men with hands
89   and legs of the United States of America as enemies of their own nation.

90   - I deny the purported STATE OF OREGON and its political subdivisions, instrumentalities, private for
91   profit subcontractors providing government services and purporting to be lawful government, and
92   fictions of law, et cetera are in absolute compliance to the Original Contracts, the Constitution for the
93   United States of America c1819 and the Constitution of Oregon.

94   - I deny any persons purporting to hold Office or position within the purported STATE OF OREGON and
95   its political subdivisions, instrumentalities, private for profit subcontractors providing governmental
96   services and purporting to be lawful government, and fictions of law, et cetera are in absolute
97   compliance to the Original Contracts, the Constitution for the United States of America c1819 and the
98   Constitution of Oregon.

99    - I deny any persons purporting to hold Office or position within the purported STATE OF OREGON and
100   its political subdivisions, instrumentalities, private for profit subcontractors providing governmental
101   services and purporting to be lawful government, and fictions of law, et cetera are actually holding any
102   Constitutional Office or position of authority and right.

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
*ronvrooman38@gmail.com*

103  - I deny the authority was granted to any creature of the mind, via the Constitution for the United States
104  of America c1819 or the Constitution of Oregon, to rule over, or interfere, in the private lives and
105  dealings of real-men with hands and legs.

106  - I deny that private for profit subcontractors providing government services and purporting to be lawful
107  government are authorized by the Original Contracts, the Constitution for the United States of America
108  c1819 and the Constitution of Oregon.

109  - I deny the private for profit subcontractors providing government services and purporting to be lawful
110  government are in absolute compliance with the Constitution for the United States of America c1819 or
111  the Constitution of Oregon.

112  - I deny any persons purporting to hold Office or position within the purported STATE OF OREGON and
113  its political subdivisions, instrumentalities, private for profit subcontractors providing government
114  services and purporting to be lawful government, and fictions of law, et cetera have taken, subscribed
115  and upheld a Lawful Oath to the Constitution for the United States of America c1819 and the
116  Constitution of Oregon.

117  - I deny any persons purporting to hold Office or position within the purported STATE OF OREGON and
118  its political subdivisions, instrumentalities, private for profit subcontractors providing government
119  services and purporting to be lawful government, and fictions of law, et cetera are operating and
120  conducting business absent fraud and deceit in their respective day to day operations and activities.

121  - I deny any persons purporting to hold Office or position within the purported STATE OF OREGON and
122  its political subdivisions, instrumentalities, private for profit subcontractors providing government
123  services and purporting to be lawful government, and fictions of law, et cetera have authority to aid and
124  abet the purported UNITED STATES CONGRESS in enforcing, and commercially benefitting from, Martial
125  Rule and the Laws of War of enemy combatants against real-men with hands and legs. I insert a small
126  caveat due to Veterans disabled by war; better said, flesh and blood in my mind..

127  - I deny any persons purporting to hold Office or position within the purported STATE OF OREGON and
128  its political subdivisions, instrumentalities, private for profit subcontractors providing government
129  services and purporting to be lawful government, and fictions of law, et cetera are authorized to
130  maintain and operate military tribunals, military prisons and military police enforcement against real-
131  men with hands and legs.

132  - I deny any persons purporting to hold Office or position within the purported STATE OF OREGON and
133  its political subdivisions, instrumentalities, private for profit subcontractors providing government
134  services and purporting to be lawful government, and fictions of law, et cetera are authorized to own
135  our children and fellow real-men with hands and legs.

136  - I deny explicit authority was granted for any jurisdiction other than the unwritten common law and
137  equity to be implemented and utilized within the borders of the State of Oregon.

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
*ronvrooman38@gmail.com*

138   - I deny explicit malum prohibitum authority was given to operate, indict and/or interface with/against
139   real-men with hands and legs, not in service of government.

140   I deny I am with mala in se crime, and as such a private man on Oregon is free to be one of we the
141   people.

142   - I deny that there exists constitutional authority for the operation in bankruptcy and under martial rule
143   or martial law.

144   - I deny that there exists Original Contracts authority to ignore, hamper or violate the God-given right to
145   expatriate and repatriate to anything, whether fictional or reality, of our own freewill choice.

146   - I deny the Original Contract authority to pass, effectuate and utilize malum prohibitum authority,
147   jurisdiction and/or venue against a real-man Living Soul;

148   - I deny that I am utilizing the capacity, character, condition, status and/or standing of trustee, acceptor,
149   debtor, surety, enemy and/or any other term of art describing and/or utilized to mean the same;

150   - I deny that I have ever explicitly accepted, acknowledged and/or consented to the former military,
151   corporate, commercial, ecclesiastical and other capacities, characters, conditions, status, standings,
152   jurisdictions, venues and law forms of the former THE UNITED STATES OF AMERICA;

153   - I deny that the defendants has Original Contracts authority to interfere in a private contract; any
154   reference to any entity should be changed to defendants

155   - I deny that any real-man and fiction of law has the right or authority to claim that they are my
156   administrator, grantor, bailor, executor, custodian and/or guardian or any other term of art describing
157   and/or utilized to mean the same;

158   - I deny that I am lost at sea;

159   - I deny that I am dead;

160   - I deny that I am a corporation, association, trust or any other term of art describing and/or utilized to
161   mean the same;

162   - I deny that silence when there is a duty to speak is not fraud;

163   - I deny that the former THE UNITED STATES OF AMERICA has in personam , subject matter, territorial,
164   political, social, civil or other types and forms of jurisdictions, venue and law forms over Field McConnell
165   without my knowing, willing, intelligent and intentional election to submit;

166   - I deny that the real-men purporting to hold office or position within the former THE UNITED STATES OF
167   AMERICA have valid, lawful oaths and the necessary and valid, lawful  bonds and insurances;

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
*ronvrooman38@gmail.com*

168    - I deny that the real-men purporting to hold office or position within the former THE UNITED STATES OF
169    AMERICA that  violates the Original Contracts do retain legal or lawful authority, jurisdiction, venue, law
170    form and/or contract with or over my real-man Living Soul;

171    - I deny that the former THE UNITED STATES OF AMERICA has Original Contracts authority to limit, alter,
172    abridge and/or criminalize my Creator grantor rights, privileges, freedoms, immunities and/or properties
173    at any place and any time;

174    - I deny that the former THE UNITED STATES OF AMERICA possess plenary title and/or plenary
175    ownership rights to any soil;

176    - I deny that I have a lawful contract with the former THE UNITED STATES OF AMERICA;

177    - I deny that the former THE UNITED STATES OF AMERICA is solvent, civilly alive and possesses sovereign
178    character, condition, capacity, status and standing;

179    - I deny that the defendants have Original Contracts authority to sue or prosecute in their own name or
180    on their own behalf;

181    - I deny that there is a corpus delecti in any alleged case against myself;

182    - I deny that I have ever explicitly consented to any action;

183    - I declare that I have CLEAN HANDS in any and all matters to, for and against the former THE UNITED
184    STATES OF AMERICA;

185    - I declare that the former THE UNITED STATES OF AMERICA and any and all local, national and
186    international equivalents were artificial persons, an abstraction and creature of the mind, and can only
187    deal and interface with other artificial persons;

188    - I declare that I am an Heir of the Creator and a fellow citizen with the saints;

189    - I declare that I have claimed, reserved and exercised my Creator-given rights, privileges, freedoms,
190    immunities and properties at all places and all times;

191    - I declare that I claim, accept and acknowledge the absolute Original Jurisdiction, Venue and Law Form;

192    - I declare that my most firm and practiced beliefs are in, and of, the Creator's Will and Words;

193    - I declare that anything in contradiction to the Creator's Will and Words is void, ab initio, in any
194    application to mine and myself.

195    - In all instances of the use of the letter combinations "Original Contract(s)" it shall mean the
196    Constitution for the United States of America c1819 and/or the Declaration of Independence c1776;

197    - In all instances of the use of the letter combinations "former THE UNITED STATES OF AMERICA" it shall
198    mean the following, to wit: United States of America aka/dba THE UNITED STATES OF AMERICA aka/dba

199    UNITED STATES aka/dba United States aka/dba UNKNOWN, foreign entity, trustee, any and all
200    derivatives, appellations, identifiers, numbers and their combinations, letters and their combinations,
201    abbreviations, idem sonans and/or all other legal, financial and managerial forms and formats of any
202    nature, shape, cause and kind, and any and all variations and combinations thereof, any and all
203    corporate, military, commercial, civil, political, social, ecclesiastical and other entities of any nature,
204    shape, cause, kind, form and format, and any and all variations and combinations thereof, any and all
205    creations and liabilities by, of, through and from of any nature, shape, cause, kind, form and format, and
206    any and all variations and combinations thereof, any and all political subdivisions and instrumentalities
207    of any nature, shape, cause kind, form and format, and any and all variations and combinations thereof,
208    any and all capacities, characters, conditions, status, standings, jurisdictions, venues and law forms of
209    any nature, shape, cause, kind, form and format, and any and all variations and combinations thereof,
210    any and all agents, assigns, successors, principals, beneficiaries, employees, officers, contractors,
211    franchisees, licensees, members, et cetera, of any nature, shape, cause, kind, form and format, and any
212    and all variations and combinations thereof, any and all trusts, structures, hierarchies, systems,
213    networks, regimes and any and all other limits and constructs of any nature, shape, cause, kind, form
214    and format, and any and all variations and combinations thereof, any and all of the aforementioned
215    both known and unknown, any and all of the aforementioned both perceived and unperceived, and any
216    and all variations and combinations of the aforementioned, without limitation, private for profit entities
217    providing quasi-governmental and other goods and services purporting to be lawful government, also
218    referred to as defendant.

219    I reserve the right to amend, enhance and/or delete from this document and tangible medium at
220    anytime, by explicit reservation.

221    Any omission is not a waiver thereof.

222    A copy, facsimile and digital scan are lawfully declared to be, and has the same force, affect and effect
223    as, the Original.

224    I reserve the right to define all words and letter combinations contained herein; and further, reserve the
225    right to interpret and construct the intent thereof, with plenary finality, by explicit reservation.

226    I, Ronald Charles Vrooman, do hereby knowingly, willingly, intelligently and intentionally declare and
227    affirm that the foregoing is true, accurate and complete, the truth, whole truth and nothing but the
228    truth, to the best of my knowledge and ability, so help me Creator.

229    I, Ronald Charles Vrooman, do hereby knowingly, willingly, intelligently and intentionally Affirm, Declare,
230    Proclaim and Publish that this document and tangible medium is hereby absolutely and duly affirmed,
231    authorized, declared, stated, made, issued, certified, confirmed, ratified, verified, executed, noticed, re-
232    affirmed, re-authorized, re-declared, re-stated, re-issued, re-certified, re-confirmed, re-ratified, re-
233    verified and re-noticed, absolutely and duly perfected, protected and secured in their entirety for all of
234    Creation to rely upon, without limitation, in perpetuity, without recourse, without prejudice, under the
235    penalties of false witness, to the best of my knowledge and ability, governed by, and under, the Laws of
236    the Creator, under the Laws of Creation.

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
_ronvrooman38@gmail.com_

237   Hereunto I have set my Hand and knowingly, willingly, intelligently and intentionally caused my
238   autograph to become affixed hereto.

239   Heir of the Creator, Real-man Living Soul, Secured Party, Holder-in-Due-Course, Real-Party-in-Interest,
240   Grantor, Bailor, Administrator, Creditor, Custodian, Beneficiary; All rights, privileges, freedoms and
241   immunities are hereby claimed, reserved and exercised, without limitation, without prejudice, without
242   recourse.
243

*without state of Oregon    without county of Washington*

*Under penalty of perjury*

*signed and sworn before me*

*7/24/17*

*Notary Public*

*7/24/17*

OFFICIAL SEAL
TALA ARETA JONES
NOTARY PUBLIC - OREGON
COMMISSION NO. 939009
MY COMMISSION EXPIRES JUNE 2, 2019

*Ronald Charles Vrooman*
*on Oregon within the*
*United States of America.*

.      .

Ronald Charles Vrooman General Delivery Beaverton, Oregon [97005] 503 641 8375
ronvrooman38@gmail.com

1                            **Quo Warranto for a new case in Equity. #**

2

3  I, Ronald Charles Vrooman, am the Real-Party-in-Interest, Holder-in-Due-Course, Secured Party, Grantor,

4  Bailor, Administrator, Creditor, Custodian and Beneficiary to, and for, all alleged political and other

5  power(s) administered by legitimate and lawful governments constructed and effectuated by real-men

6  Living Souls including, but not limited to, service and goods providers in the nature of government,

7  trusts, systems, networks, regimes, hierarchies, and any and all other limits of any nature, kind and

8  construction. I knowingly, willingly, intelligently, and intentionally cancel and correct all presumptions

9  and assumptions to the contrary.

10

11  By these Presents, I, Ronald Charles Vrooman, being of plenary capacity, character, condition, status,

12  standing and responsibility, under full liability and complete transparency, pursuant to the Original

13  Contracts aka the Declaration of Independence c1776 and the Constitution for the United States of

14  America c1819 through 1860, do sue out and demand this Quo Warranto be implemented and

15  effectuated without further hinder or delay.

16

17  I, Ronald Charles Vrooman, a real-man Living Soul Heir of the Creator realized and domiciled on, and in,

18  Creation, has the plenary right, privilege and prerogative to require and have every real-man purporting

19  authorities, powers and/or prerogatives of any nature, shape, cause, kind, form and format, to

20  absolutely comply with the Original Contracts allegedly describing and authorizing the same, as the

21  Original Contracts, and the intent thereof, are being violated and causing immediate and long-lasting

22  irreparable harm and injury to myself and mine.

23

24  I deny that any and all of the named defendants are lawfully occupying any position of authority and

25  trust and lawfully utilizing Original Contract's compliant authorities, powers and/or prerogatives of any

26  nature, shape, cause, kind, form and format.

27

28  I deny that there is explicit Original Contracts authority for the altering, repealing and/or ignoring the

29  written words and letter combinations, and the common-sense intent thereof, allegedly ordained by the

30  real-man Living Souls in this perception and/or reality on, and in, Creation.

31

32  I deny that there is explicit Original Contracts authority to alter and/or repeal the law form, venues and

33  jurisdictions allegedly approved, ratified and authorized by 1819 as the Supreme Law of the Land.

34

35  I deny that there is explicit Original Contracts authority to delegate the limited delegated authorities and

36  procedures, nor to claim the protection of the Original Contracts as defenses thereto, when committing

37  ultra vires acts.

38

39  I deny that there is explicit Original Contracts authority to attempt to, or in fact to, ignore, override

40  and/or violate my Creator granted rights, privileges, freedoms, immunities and/or other properties at all

41  times and all places, so claimed, reserved, accepted, acknowledged and exercised by myself, by and

42  through my Will and Words.

43

44  I deny that there is Original Contracts authority to utilize, and operate under, emergency and/or other

45  extra-ordinary powers and procedures of any nature, shape, cause, kind, form and format at any place

46  and at any time.

47

Page **1** of **4**

Ronald Charles Vrooman General Delivery Beaverton, Oregon [97005] 503 641 8375
ronvrooman38@gmail.com

48  I deny that there is Original Contracts authority to change and/or alter the meaning and intent of the
49  letter combinations contained therein.
50
51  I deny that there is explicit Original Contracts authority to change and/or alter guaranteed
52  jurisdiction(s), venues(s), law form(s), authority(ies), power(s), procedure(s).
53
54  I deny that there is explicit Original Contracts authority to enact, effectuate and utilize military,
55  commercial, corporate, ecclesiastical and other powers, authorities and/or procedures against real-man
56  Living Soul Heirs of the Creator.
57
58  I deny that there is explicit Original Contracts authority to create and maintain trust(s), estate(s), and/or
59  other limits and constructs of any nature, shape, cause, kind, form and format that in any way, shape
60  and/or form affect and affect the real-man Living Soul Heir of the Creator, without the explicit consent
61  or knowledge thereof.
62
63  I deny that there is unwarranted and/or other unwarranted physical unrest and violence which "may"
64  permit the effectuating and utilization of war, emergency and/or other extra-ordinary powers,
65  authorities and/or procedures.
66
67  I deny that the Original Contracts in any way confine, restrain, alter and/or define any and all things
68  granted to the real-man Living Soul Heir of the Creator.
69
70  I deny Article VII amended Oregon Constitution is valid as no votes were counted 11/8/1910.
71
72  The ultra vires acts include, but are not limited to, the following to wit:
73
74  Operating and conducting business under corporate, commercial, military, political, ecclesiastical and
75  other capacities, characters, conditions, status, standings, jurisdictions, venues and/or law forms.
76
77  Altering and/or changing jurisdiction(s), venue(s), authority(ies), procedure(s), law form(s).
78
79  Operating and/or conducting business under emergency and other purported power(s), authority(ies),
80  and/or procedure(s).
81
82  Breach of Article VI of the Constitution for the United States of America c1819 for not supporting the
83  "Supreme Law of the Land" and further by violating their respective Oath(s) and/or Affirmation(s) in all
84  regards to mine and myself.
85
86  Breach of Article I section 3 of the Constitution of West Virginia with full faith and credit, by trying to, or
87  actually completing, the overthrow and/or conquest of the Original Contracts, and the altering,
88  suspension and/or ignoring thereof.
89
90  Breach of Article VII original with the substitution of Article VII amended, with no vote counted in 1910
91  November 8[th,] by trying to, or actually completing, the overthrow and/or conquest of the Original
92  Contracts, and the altering, suspension and/or ignoring thereof.
93  .
94  Misapplication of Original Contracts non-compliant and inapplicable "case law" to which I have/had no
95  standing thereto, and was not a party to at any time.

Page **2** of **4**

Ronald Charles Vrooman General Delivery Beaverton, Oregon [97005] 503 641 8375
ronvrooman38@gmail.com

96
97   Non-production of first-hand fact evidence of Original Contracts compliant jurisdiction, venue and law
98   form.
99
100  Non- production of first-hand fact evidence of my knowing, willing, intelligent and intentional act(s) of
101  putting myself upon the defendants at any place and at any time without limitation.
102
103  Because of the foregoing, without limitation, any charters aka Original Contracts are null and void for
104  ultra vires acts, which are defined hereafter, to wit:
105
106  Acts beyond an official's statutory authority, of course being Original Contracts compliant;
107
108  Acts taken pursuant to constitutionally void powers; and
109
110  Acts exercised in a constitutionally void manner;
111
112  The ultra vires act(s) render the forfeiture, by an operation of law, of the Original Contracts, thereby
113  revoking and extinguishing, in their entirety without limitation, any and all powers, authorities,
114  prerogatives, procedures, jurisdictions, venues, law forms, et cetera, enacted, effectuated, enforced and
115  utilized to the detriment, equitable and otherwise, of a real-man Living Soul Heir to the Creator Ronald
116  Charles Vrooman.
117
118  The ultra vires act(s), by an operation of law, render the defendants unable to enact, effectuate,
119  enforce, utilize and maintain any capacity(ies), character(s), condition(s), status, standing(s),
120  jurisdiction(s), venue(s),  law form(s), authority(ies), procedure(s), prerogative(s), et cetera, which "may"
121  have authorized proceeding and interfering against mine and myself at any place and at any time.
122
123
124                                    **Remedy / Relief**
125
126  I, Ronald Charles Vrooman, am seeking and demanding John Mercer, Erin Kirkwood, Frank Ravelo, Pat
127  Garret the flesh and blood persons I know and recognize by any name or title, whom are receiving
128  compensation of any nature, shape, cause, kind, form and format from, and/or having taken and
129  subscribed any Oath(s), Affirmation(s) and/or signed any other contract (s) and/or agreements with the
130  defendant(s) at any time and at any place, prove by first-hand fact evidence their Original Contracts
131  Authorities, Procedures and others including, but not limited to, the following, to wit:
132  Each is responsible for at least one act of due process violation, valued in their own statutes at $250,000
133  per violation therefore by payment of their bond or insurance that is part of the remedy.
134
135  alter, change, repeal, ignore and/or violate the Original Contracts.
136
137  violate their respective Original Contracts complaint authority(ies), office(s), title(s) and other claims to,
138  and possession of, any and all authorities, prerogatives and/or procedures and the equivalent thereof.
139
140  sustain that each and every action and inaction is absolutely Original Contracts compliant.
141
142  sustain that their respective employment, and the terms thereof, are absolutely Original Contracts
143  compliant.

Page **3** of **4**

Ronald Charles Vrooman General Delivery Beaverton, Oregon [97005] 503 641 8375
ronvrooman38@gmail.com

144

145 Absent first-hand fact evidence proof of the aforementioned, I seek and demand any order, writ,
146 judgment and/or other necessary action and/or necessary tangible medium to enact and effectuate any
147 and all actions and procedures to give plenary equitable and other relief and/or remedy I am entitled to
148 as matters of right, privilege, freedom, immunity, fact, truth and the Creator's Law.

149

150 Further, sought and demanded is any order, writ, judgment, decree and/or tangible medium declaring
151 the vacating of the office and/or position of those real-men unable and/or unwilling to prove and
152 sustain that their each and every action and inaction is Original Contracts compliant.

153

154 Further, sought and demanded is any order, writ, judgment, decree and/or tangible medium declaring
155 the vacating of the office and/or position of these real-men unable and/or unwilling to prove and
156 sustain that their employment, and the terms thereof, are Original Contracts compliant.

157

158 I reserve the right to amend, enhance and/or delete from this document and tangible medium at
159 anytime, by explicit reservation.

160

161 Any omission is not a waiver thereof.

162

163 A copy, facsimile and digital scan are lawfully declared to be, and has the same force, affect and effect
164 as, the Original.

165

166 I reserve the right to define all words and letter combinations contained herein; and further, reserve the
167 right to interpret and construct the intent thereof, with plenary finality, by explicit reservation.

168

169 I, Ronald Charles Vrooman, do hereby knowingly, willingly, intelligently and intentionally declare and
170 affirm that the foregoing is true, accurate and complete, the truth, whole truth and nothing but the
171 truth, to the best of my knowledge and ability, so help me Creator.

172

173 I, Ronald Charles Vrooman, do hereby knowingly, willingly, intelligently and intentionally Affirm, Declare,
174 Proclaim and Publish that this document and tangible medium is hereby absolutely and duly affirmed,
175 authorized, declared, stated, made, issued, certified, confirmed, ratified, verified, executed, noticed, re-
176 affirmed, re-authorized, re-declared, re-stated, re-issued, re-certified, re-confirmed, re-ratified, re-
177 verified and re-noticed, absolutely and duly perfected, protected and secured in their entirety for all of
178 Creation to rely upon, without limitation, in perpetuity, without recourse, without prejudice, under the
179 penalties of false witness, to the best of my knowledge and ability, governed by, and under, the Laws of
180 the Creator, under the Laws of Creation.

181

182 Hereunto I have set my Hand and knowingly, willingly, intelligently and intentionally caused my
183 autograph to become affixed hereto.

184

185 Heir of the Creator, Real-man Living Soul, Secured Party, Holder-in-Due-Course, Real-Party-in-Interest,
186 Grantor, Bailor, Administrator, Creditor, Custodian, Beneficiary; All rights, privileges, freedoms and
187 immunities are hereby claimed, reserved and exercised, without limitation, without prejudice, without
188 recourse. without the state at oregon without the compact washington
189 Under penalty of perjury
190 Signed, and sworn Before me
191



Page **4** of 4

OFFICIAL SEAL
TALA ARETA JONES
NOTARY PUBLIC - OREGON
COMMISSION NO. 939009
MY COMMISSION EXPIRES JUNE 2, 2019

Ronald Charles Vrooman
on Oregon within the
United States of America