THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| RONALD CHARLES VROOMAN,<br><br>               Plaintiff,<br>   v.<br><br>BEAVERTON CITY, *et al.*,<br><br>               Defendants. | CASE NO. 3:17-mc-0323-JCC<br><br>VEXATIOUS LITIGANT ORDER |

      This matter comes before the Court *sua sponte*. This Court dismissed Plaintiff's action following his refusal to pay the filing fee or request to proceed *in forma pauperis* in this and other actions.[1] (Dkt. No. 7.) In that same order, this Court instructed Plaintiff to show cause why a vexatious litigant order should not be entered against him. (*Id.*) Plaintiff made little effort to address the matter at hand. (Dkt. No. 8.) Instead, as with his previous filings, he used his response to the show cause order as an opportunity to assert that, as a sovereign citizen, this Court lacked jurisdiction for such an order, describing the Court as a "legal fiction." (*Id.* at 4).

      District courts have inherent power to enter pre-filing orders against vexations litigants. The All Writs Act, 28 U.S.C. § 1651(a); *Weissman v. Quail Lodge, Inc.*, 179 F.3d 1194, 1197 (9th Cir. 1999). Prior to entering a vexatious litigant order, a Court must consider the following

---

[1] *See* case numbers: 3:17-cv-0990-JCC; 3:17-cv-1161-JCC; 3:17-cv-1051-JCC; 3:17-cv-0977-JCC; 3:17-cv-1261-JCC.

1  factors: (1) did the litigant receive notice and a chance to be heard, (2) did the court compile "an
2  adequate record for review," (3) did the court make substantive findings about the frivolous or
3  harassing nature of the party's litigation, and (4) was the vexatious litigant order "narrowly
4  tailored to closely fit the specific vice encountered[?]" *De Long v. Hennessey*, 912 F.2d 1144,
5  1148 (Fed. Cir. 1990). Plaintiff has received adequate notice and a chance to be heard. Plaintiff's
6  repeated unresponsive filings are frivolous and appear intended to harass the Court. An adequate
7  record is available to demonstrate this finding. Therefore, this Court HOLDS Plaintiff to be a
8  vexatious litigant.

9      The Court ORDERS that Plaintiff SEEK and OBTAIN this Court's formal written
10 permission before bringing further removal or federal actions before this Court. This order
11 applies to all actions arising prior to the entry of this order, as well as future actions by Plaintiff.
12     The Court DIRECTS the Clerk to mail a copy of this order to Plaintiff.

14     DATED this 19th day of September 2017.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

VEXATIOUS LITIGANT ORDER
3:17-mc-0323-JCC
PAGE - 2